AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

William H. Booze, IV
Plaintiff

V.

Correctional Medical Service, Et. al.
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 - 82

I, William H. Booze, IV, declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
FEB 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • Yes    • • No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center / Smyrna

   Inmate Identification Number (Required):  00256158

   Are you employed at the institution?  NO   Do you receive any payment from the institution?  NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes    • No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • No |
   | b. | Rent payments, interest or dividends | • • Yes | • No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
   | d. | Disability or workers compensation payments | • • Yes | • No |
   | e. | Gifts or inheritances | • • Yes | • No |
   | f. | Any other sources | • • Yes | • • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  • • (No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes  (• • No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   DAughTER- KiRSTiN Heatofia Booze  "NoNE"

I declare under penalty of perjury that the above information is true and correct.

11-22-06
DATE                    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07-82

TO: *William Booze* SBI#: *254158*

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: *November 11th date*

**FILED FEB 13 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Attached are copies of your inmate account statement for the months of *May 1, date* to *October 31, date*  *BP scanned*

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 0 |
| June | 0 |
| July | 0 |
| Aug | 0 |
| Sept | 0 |
| Oct | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

*Stacy Shane*
11/28/06

*[signature]*
11/28/06

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __0__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __(-1702)__

I further certify that during the past six months the applicant's average monthly balance was $ __0__ and the average monthly deposits were $ __0__.

__11/28/06__          __Stacy Shane__
Date                  Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.

NOV 2 8 2006

SUPPORT SERVICES MANAGER

## Individual Statement - No Transactions This Month

Date Printed: 11/28/2006    Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|---|---|---|---|---|---|---|
| 00256158 | Booze | William | | | | |
| Current Location: | 22 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Total Amonnt Currently on Medical Hold: | | ($4.00) | | | | |
| Total Amount Currently on Non-Medical Hold: | | ($13.02) | | | | |

# Individual Statement - No Transactions This Month

Date Printed: 11/28/2006                                                                                         Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00256158 | Booze | William | | | |
| **Current Location:** | 22 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: ($4.00)

Total Amount Currently on Non-Medical Hold: ($13.02)

## Individual Statement - No Transactions This Month

Date Printed: 11/28/2006                                                                 Page 1 of 1

### For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00256158 | Booze | William | | | |
| Current Location: | 22 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: ($4.00)

Total Amount Currently on Non-Medical Hold: ($13.02)

# Individual Statement

Date Printed: 11/28/2006                                                                                      Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 | | |
|---|---|---|---|---|---|---|---|---|
| 00256158 | Booze | William | | | | | | |
| Current Location: | 22 | | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 8/4/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | 301838 | | 7/26/06 | |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($1.11) | $0.00 | 310181 | | 8/15/06 | |
| | | | | Ending Mth Balance: | $0.00 | | | | |

Total Amount Currently on Medical Hold: ($4.00)

Total Amount Currently on Non-Medical Hold: ($13.02)

## Individual Statement - No Transactions This Month

Date Printed: 11/28/2006   Page 1 of 1

### For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00256158 | Booze | William | | | |

Current Location: 22

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: ($4.00)

Total Amount Currently on Non-Medical Hold: ($13.02)

# Individual Statement

Date Printed: 11/28/2006

## For Month of October 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00256158 | Booze | William | | | $0.00 | | |

Current Location: 22

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($6.65) | $0.00 | 329884 | | 9/27/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($4.00)

Total Amount Currently on Non-Medical Hold: ($13.02)