(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _William H. Boo'ZE IV_  _00256158_
(Name of Plaintiff)        (Inmate Number)

_DelAwaRE CoRRecTioNAl CeNTER_
_Bldg. 22 C 12-L_
_1181 PAddock Rd. / SmyRNa, Delaware 19977_
(Complete Address with zip code)

                                                      _- 0 7 - 8 2 -_

(2)_____
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _CoRRecTioNAl MEDicAl SERViCES_

(2) _DR. DA/E RogER 3_

(3) _Rebecca Vilet_  (_NuRsE_)
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:              (Case Number)
:    ( to be assigned by U.S. District Court)
:
:
:
:
:
:
:
:    **CIVIL COMPLAINT**
:
:
:
:    Jury Trial Requested
:    **FILED**
:
:    FEB 1 3 2007
:
:    **U.S. DISTRICT COURT
:    DISTRICT OF DELAWARE**

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

_No - lAwsuit (s) has ever Been Filed by_
_PleiNTiff._

_____

_____

_____

_____

Page 1-A

William H. Boo'ZE, IV, Plaintiff

Vs.

Name of Defendants, Con'd.


4. Qani Neal (NURSE)

5. Sherell OTT (NP)

6. Cherye (NURSE)

7. Scott S. Altman (CMS-Quality Assurance Monitor)

8. James P. Satterfield (DCC - Staff Lt.)

9. Anthony J. Randina (DOC-Employee)

10. Ralph Heverin (DCC- Hearing officer)

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?   • (Yes) • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   • (Yes) • •No

C.    If your answer to "B" is Yes:

1.  What steps did you take? _I filED gnievance (3) which wasn't Answer. I wrute deputy Wardon_

2.  What was the result? _Deputy Warden PioRcE replied (sEE_

D.    If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _CoRRectioNAl MedicAl SERVicEs_

Employed as _CoRporation_ at _Delaware DOC_

Mailing address with zip code: _1201 College PaRK DRiVE SuiTE 101 DoVER, Delaware 19904_

(2) Name of second defendant: _DR. DAlE RogeRs_

Employed as _MedicAl DoctoR_ at _LMS/DelawaRE Correctional CentER_

Mailing address with zip code: _LMS/Delaware Regional OFFicE 1201 College PaRK DRiVE, suitE 101- DoVER, De. 19904_

(3) Name of third defendant: _Rebecca Vilet_

Employed as _LMS- NuRSE_ at _Delaware-CoRRectional CentER_

Mailing address with zip code: _1201 College PaRK DRivE-SuiTE 101 DoVER, DelAwaRE 19904_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

(4) Name of 4th Defendant: QANi Neal
Employed as CMS-NURSE
at Delaware correctional Center
Mailing Address: 1201 College Park Drive
suite 101; Dover, Delaware 19904

(5) NAme of 5th Defendant: sherell ott
Employed as CMS-NP
at Delaware correctional Center
Mailing Address: 1201 College Park Drive, suite 101
Dover, Delaware 19904

(6) Name of 6th Defendant: Cheryl
Employed as CMS-NURSE
Mailing Address: 1201 College Park Drive, Suite 101
Dover, Delaware 19904

(7) Name of 7th Defendant: scott S. Altman
Employed As CMS- "Quality Assurance Monitor"
Mailing Address: 1201 College Park Drive, Suite 101
Dover, Delaware 19904

(8) JAMES P. SATTERfield   (Name of 8th Defendant)
Employed as: Department of Corrections staff Lt.
Mailing Address: Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

PAgE 2-B.

(9) NAme of NiNth DefeNdaNt: ANthoNy J. ReNdiNa
    Employed as: DepartmeNt of CoRRectioNs EmployEE
    Mailing Address: DOC- 245 Mckee DRivE
                        DoVER, Delaware 19901

(10) NAmE of 10th DefeNdaNt: RAlph HeveRiN
    Employed as: Delaware CoRRectioNAl CeNtER
                 hEARiNg offiCER (Lt.)
    Mailing Address: Delaware CoRRectioNAl CeNtER
                    1181 PAddock Road
                    SmyRNa, Delaware 19977

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. CORRECTIONAL Medical SERVICES is the Company Who Provide HEALth CARE to DOC/DCC INMATES and The Employer of Defendants DR. DALE RogeRS, Rebecca Vilet, glni Neal, sheRell ott, "NURSE"-CherylD, and Scott S. AITMAN.

2. DR. DALE Rogers, RefusED my Medication's, lied & PLotTED with -NP sherell ott, Nurse Rebecca Vilet; NURSE Cheryl, and NURSE Neal Concerning my medicATions; threats to Me if- 2 TAlked with NEws media,

3. JAMES SATTERFIeld (Acc Us.), (U.) RAlph HoVeRin and AnthonY J.Rendina plotted Together To PuNish Me FoR Nurse Vilet and scott S. AITMAN, BecAme INVolved to deNEY me Medication -and- My Rights to speak wolth The News Media

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. ORDER defendants To issue All of my medicATions To me. order defendants to stop their Plots to donoy my Rights to the News media; order defendants To PAy $5,000,000.≝ iN DAMAge etc

3

2. _____

3. _ORDER_ _defendants_ _To_ _pay_ _$ 5,500,000.⁰⁰_
   _in DAmage_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___15-th___ day of ___VANuary___, _2007_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
**This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH**

William H. Booze IV     Bldg 22  C 12L
_Name (Print)_               _Housing Location_

12-30-40     256158     01-11-07
_Date of Birth_     _SBI Number_     _Date Submitted_

Complaint (What type of problem are you having)? I'm in constantly
pain-, My Neck is the Size of 2 - Necks,
Rebecca et al - (All NURSES) have Refused to
Render Medical - Assistance and/or my Medications

_____  01 - 10 - 07
Inmate Signature            _Date_

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____  Pulse: ____  Resp: ____  B/P: ____  WT: ____

A:

P:

E:

_____  _____
Provider Signature & Title           Date & Time

**3/1/99 DE01**
FORM#:
**MED**



Memo to DW Building


Inmate William Booze SBI # 256158, was given an eye patch on 12/10/05 as a backup to the one he already has, he also has an ace wrap to his left leg. He is authorized by medical to have both of these items.


Thanks
Budger    12/10/05

**Bayhealth**
Medical Center
KENT GENERAL HOSPITAL
PO BOX 822105
PHILADELPHIA, PA 19182-8638

Patient Name: WILLIAM BOOZE

MAKE CHECKS PAYABLE TO - FILL OUT BELOW

☐ VISA    ☐ MASTERCARD    ☐ DISCOVER
CARD NUMBER              EXP. DATE        AMOUNT

SIGNATURE                           MUST INCLUDE 3 DIGIT
                                    SECURITY CODE FROM
                                    BACK OF CARD

| 07/21/06 | $1,226.00 | K0510200374 |

CHARGES AND CREDITS MADE AFTER STATEMENT
DATE WILL APPEAR ON NEXT STATEMENT

SHOW AMOUNT
PAID HERE   $

761-28
00454727 1    00122600    7
WILLIAM BOOZE
1181 PADDOCK RD
SMYRNA, DE 19977

BAYHEALTH MEDICAL CENTER
PO BOX 822105
PNC BANK
PHILADELPHIA, PA 19182-2105

K05102003741P0100072120060012260O9

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH
YOUR PAYMENT IN ENCLOSED ENVELOPE

| ACCOUNT NUMBER | PATIENT NAME | ADMIT DATE | DISCHARGE DATE | PATIENT TYPE |
|---|---|---|---|---|
| K0510200374 | WILLIAM BOOZE | 04/19/05 | 04/19/05 | OPK CO |

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 05/18/2005 | WILLIAM BOOZE | 04/19/05  04/19/05  OPK CO | | |
| 11/29/05 | Previously Billed Balance | | | $1,226.00 |
| | Account Balance | | | $1,226.00 |
| | Estimated Insurance Liability | | | $0.00 |
| | Patient Responsibility | | | $1,226.00 |

Thank you for choosing Bayhealth Medical Center to meet your
healthcare needs. According to our records, your account has an open
balance, which is your responsibility.

If you believe this open balance is incorrect or you have additional
insurance information to provide us, please contact our Billing Support
Department, Dover calling area (302)744-7081, Milford calling area
(302)430-5728, all other calling areas (877)744-7081. Operating hours are
Monday through Friday, 8:00 a.m. to 4:00 p.m.

*Why Am I Receiving these Bill's [handwritten note] 21st July 06*

| PAY THIS AMOUNT | $1,226.00 |
|---|---|

SUMMARY OF ACCOUNTS FOR:    WILLIAM BOOZE

KENT GENERAL HOSPITAL
PO BOX 822105
PHILADELPHIA, PA 19182-8638

| BALANCE FORWARD OF ALL ACCOUNTS | 1,226.00 |
|---|---|
| TOTAL CHARGES AND ADJUSTMENTS | 0.00 |
| TOTAL INSURANCE PAYMENTS | 0.00 |
| TOTAL PATIENT PAYMENTS | 0.00 |

| TOTAL ACCOUNT BALANCE | 1,226.00 |
|---|---|
| ESTIMATIONS INSURANCE LIABILITY | 0.00 |
| GUARANTOR RESPONSIBILITY | |

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: _Boore william_     SBI# _00256158_

HOUSING UNIT: _P/WC-19 bottom_   DATE _2/13/06_   TIME: _2300_

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) | |
|---|---|---|---|---|---|
| 19 | Nasacurt AQ Nasal spray | P | 3 | ✓ poor | |
| 20 | Mayci eye wash | P | 4 | ✓ poor | SENT TO HOSP. |
| 21 | Benzoyl Peroxide Gel | P | 4 | ✓ poor | |
| 22 | Effergrip Denture cream | P | 1 | ✓ poor | |
| 23 | Artificial Tear Solution | P | 6 | ✓ poor | |
| 24 | Therapeutic Shampoo | P | 1 | ✓ poor | |
| 25 | Miconazole Nitrate cream | P | 1 | ✓ poor | SENT TO HOSP |
| 26 | Medique Pain off | P | 2 | ✓ poor | |
| 27 | Medique Sepasoothe throat lozenges | P | 1 | ✓ poor | |
| 28 | lubriskin Lotion | P | 2 | ✓ poor | |
| 29 | Antifungal cream | P | 1 | ✓ poor | |
| 30 | Triple Antibiotic Ointment | P | 1 | ✓ poor | |
| 31 | Hydrocortisone cream | P | 1 | ✓ poor | |
| 32 | GLY Analgesic Balm | P | 1 | ✓ poor | |
| 33 | Green photo book | P | 1 | ✓ poor | |
| 34 | blue photo book | P | 1 | ✓ poor | |
| 35 | band aids | P | 10 | ✓ poor | |
| 36 | Maruchan Hot & Spicy vegetables | P | 2 | ✓ poor | |

RECEIVED FEB 15 2006 PROPERTY ROOM

_c/o S. Benson_     4X12     _c/o S. Benson_

**Officer's Name (Print Clearly)**    **Shift**    **Officer's Signature Who Inventoried Property**

_Sgt. Michael W. Bryan SR._     4X12     _Sgt M.W.B._

**Supervisor's Name (Print Clearly)**    **Shift**    **Supervisor's Signature Reviewing Inventory**

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____

(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____

(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____

(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    Unit

Revised: 4/01/03    ** S- State Property    P- Personal Property    FORM# 537-A

DR. Dale Roger saw me
Wednsday 8:30 Am the 16th
Day of August 2006. To Tell me
that She was Taking all medication
This is 1st Time DR. Roger
has seen me She Did
Not Examine
me.

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Service

10th August 06

Mr. Altman,

This is To acknowledge your letter dated the
8th Day of August 2006, Post-Marked the 8th Day of
August 2006 With a "Machine Stamped) dated the 7th
Day of August 2006, Which I Received on this date.
Let me Be "Direct", your letter is a lots of Bull-
and lie's. You have completely insulted me and
my intelligence with this letter. It's true that
I'm a Black-MAN who happen to Be in prison, But
I'm Not as Dumb as you seem To Think.
   Altman, you don't know one thing concerning
my complaint, you Haven't investigated one thing
and you don't even know who was involved with
this medical-injustice, racism and lies.
   #1- I Never told Anyone (verible or in writing)
that Ms. Rodweiller told me to "Die and go to Hell";
I Do-not know Ms. Rodweiller, Nor have I ever met
Ms. Rodweiller or knowingly spoken with the lady. I
did request an interview with Ms. Rodweiller - after I
Was Told by Dcc-staff (that) Ms. Rodweiller handle all
inmate complaints Concerning C.M.S. My Complaint
was against A white Nurse (Rebecca Vilet) and a
Black Nurse (Gavi Neal) who flat out lied,
had my medications removed and REfused to
give me My Heart-Medication's - and- the female Nur
Viet made the statement Concerning Die and go To

Page 3 of 3

Your letter (which I've enclosed with a note of the lie's told) which I'm forwarding a copy to Honorable Sue Robinson et al - is a letter that I Can not Believe.! One thing about DCC-officer's, from the window on down even if they Don't like you, They WILL Do All within their Power to see that you're given Medical-attention. CMS - Who is suppose to Be our (DCC-Prisoner)"Health Care-Partner" Refuses to Do anything that may Stop the medical - lie's told, mistreatment and/or-Corruption within the company.

Mr. Altman, I'm not the type to Be anger "Because of injustice toward to me, But it is Very Sad That-, You would allow yourself to Be caught up in the lie's of CMS - (MHU/SHU) staff and even Sadder is the fact that you're using your position to cover-up, something so Small that could have been handle so easy. ALL I ask for is justice and fairness. I DO-Not like going to the Courts, Attorney and/or News Media for Help, But-if thats the only avenue I have to Make Sure that I Receive medical-attention, than So Be it! I CAN-Not thank you for your letter, Because #1- I Never wrote you, (unless your name is "John" the Administrator) You Did-Not investigate Anything Concerning my complaints and/or Problem-& You've insulted my intelligence with the "Bull" of your letter... I'm Not your Partner in

CC: Warden Thomas Carroll                    Health Care, But - I Am

M.T. Kirkpatrick, Esq.

Lee Williams                                  William H. Boole IV

Loretta Lynch, Esq.                          SBI # 256158

Page 2 of 3.

and do anything to an inmate since she has a Relationship with certain CO's and Sgt's who will threaten and/or physically attack an inmate if she request them to do so.

From your letter I see that you have no interest in the Truth, apparently - you write your letters Based on protecting your company, the Racism and Corruption within CMS etc. Let me explain, I'm a Prisoner, who do not Believe in snitching, lying-and/or- Bending just Because of Delaware known-Racist Attitude in all quarters. But I Also Do-Not Believe in Filing Complaints, Especially against prison officials, who has a tough enough job as it is! I'm honestly - sad (that) the Black-female "N⁰" (Ms. Sharnel Ott) and your CMS- Administrator (John) lied to me to my Face! After I personally wrote Deputy Warden Pierce, withdrawing my Complaint Because "Ott" told me that she would take care of the Medication etc, instead the female and John took away my Diet, 75% of all Medication order By Dr. Drust, which has my Neck-swelling down, my Head- Stop swelling and I was able to live day to day without-Proble I HAVE NEVER Been SEEM By Dr. Roger, Since my confinement here at DCC in 2003, this woman Have NEVER- so much as Asked me if I had a medical problem. You People have No Concern for me, my health or any Black Prisoner Welfare, IF Not for a White Correctional Sgt. and Officer, I would have DIED; you people withheld my Nitro's, Nitro-patch etc from me; My knee Brace was taken whereas my leg is in Ruin, My eye- medication was Withhelded for 47-Days, I've lost All Sight in my Right eye, - which Dr. Drust

Mail Tuesday 15ᵗʰ Aug 06.
This Date: Monday 14ᵗʰ

After Note:

With a Sincere desire to Still give CMS
the Benefit of Doubt, I withhold this Respond
until a Later mention date, But Again - Let's
and - _Intentionally_ Medical-Male practice by
CMS-Nurses... I Turned in, as instructed
Containers for Exchange of "Pain pills, eye
Wash, Ointments etc to Rebecca Vliet - personally
on Wedusday (*) the 9th Aug 06, as of this Date
Nurse Vliet and Nurse Neal have Refused
to give me Anything. My head is killing
me, my Kki's is in pain and my skin
is Breaking out again. Also this
Morning, I went Along with a request,
against my Better judgement - (after CMS Nurse's
attempt to kill off - affend inmates thru drawing
Blood at youngs Correctional) to allow Nurse
Stephine to Draw Blood From my Arm.
It Seem as if There is No-Desire By
CMS - DXX (employees/Nurses) to Do Anything
except LE, abuse their positions and cover
up for Each other. We, as inmates/Prisoners,
is Better off with Dec. Correctional Officers
looking out for our Health, Because CMS
OHRo isn't.



**CMS**

DEDICATED PEOPLE
MAKING A DIFFERENCE

Correctional Medical Services

William Booze
SBI # 256158  MHU 22 CL 12B
1181 Paddock Road
Smyrna, DE 19977

8 Aug 2006

Dear Mr. Booze,

I received your letter dated 17 July 2006. I apologize for my delays in responding to you but I wished to give you a detailed response.

The Dr. Rogers you refer to is the physician who supervises the medical operations of the MHU and SHU housing areas. It is an acceptable practice for her to make alterations in care plans based on her knowledge of a subject and current treatment policies and protocols. I apologize if this was not explained to you.

The fact that your medications were removed from your cell was done for your safety. On 24 March 2006; a note in your chart indicates a sick call request for medications, which you had not received for three weeks. The Correctional and Medical staff on 3/29/06 conducted an inventory of your cell and large amounts of your medications were present. The medications were returned to you at that time with the understanding that you were responsible for their care. On 7/12/06 you requested nitroglycerin pills for chest pain. The nurse offered you the Nitroglycerin patch, which had been prescribed by your physician, but you had refused for the previous 30 days. This was discussed with the supervising provider who felt that we should administer your medication at this time. She stated that she had discussed with you and agreed that you would be allowed to continue participation in our "KOP" program with a one-for-one exchange of medications. This allows us to ensure there is no confusion over which medications you should take or their required dosages. On 7/9/06 you received the following medications: Tylenol, Analgesic Balm, Metroprolol, Hytrin, Multi vitamins, Coated Asprin, and your eye solutions. These items were mistakenly issued to you in their full 120 day quantities. On 7/17/06 these medications were taken, an inventory performed, and the appropriate 30-day doses returned to you. Once again; this action is taken for your safety and should not be viewed as punitive in nature.

I am concerned about the conduct of our staff; Ms Rodweiller is an extremely professional nurse and I have never had a complaint of her telling someone to "die and go to hell". If you have witnesses to this statement, please provide with their names so I can investigate this claim further.

*(handwritten annotations in margins: "LIE", "LIE", "LIE", "LIE", "LIE", "LIE", "FALSE I never stated this")*

Your Partner in Healthcare,

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services

CC:  Warden Thomas Carroll
     Medical Record

Attachment

I'm, Chopking, with throat Pain,
My Head -and- Upper Body is is Constantly
in pain — I need medication's
as of this Date,

I Have a supply of :

Chlorpheniramine (4 mg)
Aspirin (81 mg.)
Metoprolol Tart (25 mg)
Terazosin HCL (2 mg.)
Absorbase (120 GM) CRec
Selenium Sulfide Lotion usP 2.5%
Eye Wash (4 fl. oz.)
Artificial Tears (15mL)

I NEED : (I have A one on one Exchange)
(I had Prescriptions (orders) for Below listed)

Nasacort Nasal spray          Eye Patch
A -and- D Ointment            Knee Brace
Analgesic Balm                ACE Bandage
Medique Pain- off             Diet Plus  Am- Ros- Pm
Levothyroxine 500 0.75mg        Snack
Multivitamin Tabs             Hydrocerin Cream
Nitroglycerin                 Tylenol
Coal Tar Shampoo              Benzoyl Peroxide 10%
Lubriskin Lotion             Hydrocurtisone cream



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:        IM William Booze SB# 256158 MHU 22 CL12B

FROM:      Deputy Warden Pierce

DATE:      July 19, 2006

RE:        Medication

---

I received your letter dated July 17 2006, regarding your current medical situation and have forwarded your concerns to Director of Nursing Eller for her investigation.

DP/dc
Attachment
cc:    Director of Nursing Eller
       File

MH422
CH2B

RECEIVED

JUL 1 9 2006

DEPUTY WARDEN I

Mr. D. Pierce
Deputy Warden

17th July 2006

Sir,

This communication concern my medication
which I spoked with you about during your
visit to c unit Bldg 22.
    On the 14th day of May 2006,
Nurse Rebecca Vliet and Lt. James Satterfies
had all of my medication Removed from
my cell. Due to a lie Nurse Vliot create
due to my communication with the News
Media concerning the CMS- investigation etc
I was told that the Medical Staff "will
see to it that I pay", they Took
my Heart medication and Refused to
give my Nitro pills (from the 14th
May 06 til July 9 or 8) I was
told that I would pay with my life,
the Black Nurse (head Nurse), Nurse Vliet
and another nurse whom I Don't know the
name - All have Abused their authority,
flat out lied, my skin has completely
Broken out, my eye have gone completely
Blind Because the Nurse's Refused to give me
my eye wash, No Doctor has seen
me since my confindment here in MHU
my Head and Neck has swelled Tube she sin
the pain q her Head is 24/7, I
can Beally swallow

DR. Daust, had prescribed medication for
me which had me 100 % - on the Right
Road.
        I HAVE NEVER SEEM NO
Black Doctor Name Roger although
I was told that "DR. Roger" over-ruled
DR. Daust and took my Prescription
back, Due to my Problems with
the MHU-medical staff and Lt. Sother
Lt. Hiverin (who has A Problem with any
Black inmate who call A White woman a Lie
and who know Deggone well that I was
guilty of the white lie, that female who
Also who Refused to call my witness,
Because she is A Black officer, who he
say He wouldn't Believe over the
White Nurse Any way),
I have written Ms. Deborah Rodwiller
3-letters with no Respond, Except the
Nurse's saying that "this is their show
in MHU and No one can over Ride
their Decision and as far as Sho (We
was concern, I could Die ) go to Hell
(HER Exact Words). I NEVER spoked
With the Doctor in July concerning my
medical-Problems Although I'm a
Chronic-care Inmate. IF not for the
Direct involvement of A white Sgt. and
officer Calhuun, I would have never Reco.
my Nitro, which was with-holded by the
Nurse's for more than 45 Days; I Also
wish to speak with any investigators investigating CMS.
                    William H. Byrd
cc: 3.                SBI # 256158

Ms. Deborah Rodweller
   CMS- Investigating officer

                        26th June 06 - 12:10 A

Ms. Rodweller,

      Will you please grant me a
personal - Interview. I need to
speak with you or Ms. Malney the
Hospital-Administrator Concerning a
matter of the _Most_ importance.
please - Acknowledge the receipt of
this request.

                        Respectfully,

                        William H. Booze IV
                        SBI # 256158
                        M#U - Bldg. 23. C-12-1

copy of letter
sent to ms. Rodweller

cc: S. A. Goodson, Esq.
    Hon. E. Scott Bradley

Disciplinary# 1024975

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/14/2006

## DISCIPLINARY REPORT

| Disciplinary Type: Class1 | Housing Unit Bldg 22 | IR#: 1032430 | |
|---|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00256158 | Booze, William H | DCC | Bldg.22 C Tier | 05/14/2006 | 09:30 |

Violations: 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.10/200.213 Lying, 2.13/200.111 Possession of Non-Dangerous Contraband, /200.112 Abuse of Prescribed Medication

| Witnesses:1.N/A, | 2. N/A | 3. N/A | |
|---|---|---|---|

### Description of Alleged Violation(s)

May 13, 2006 1600. During Medication Administration Pass, I/M Booze Informed Me That He Is Out Of All Medications Except One And Has Not Received Them For Weeks. Medical Documentation Shows That Mr. Booze Was Given Sufficient Medication Through Today On One Medication, And For At Least Another 30 Days On The Remaining 4. Some Of The Medications He Is Claiming To Be Out Of Are No Longer Ordered For Him And He Was Informed Of This By Nursing When They Were Stopped Over A Month Ago. His Claims Are Disruptive During Medication Pass And Reasearching Them Is Time Consuming. Incidents Such As This Have Been Frequent Since His Arrival In The Mhu.

Reporting Officer: Vliet, Rebecca (Contractors - Medical)

### Immediate Action Taken

Immediate action taken by: Vliet, Rebecca -Contractors - Medical

Lt. Notified And Report Written

### Offender Disposition Details

Disposition: N/A          Date: N/A          Time: N/A          Cell secured? No

Reason: N/A

Disposition Of Evidence: All Medication Were Confinscated And Returned To The Medical Department The Nurses Will Now Be Given Him His Medication Each Day.

### Approval Information

Approved: [x]     Disapproved: [ ]   Approved By: Satterfield, James P (Staff Lt./Lt)

Comments: N/A

### Shift Supervisor Details

Date Received: 05/14/2006     Time: 15:07     Received From: Satterfield, James P

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Satterfield, James P (Staff Lt./Lt)

I have received a copy of this notice on DATE: 5-14-06 TIME: 1515 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer:
Satterfield, James P

Offender:
Booze, William H

Page 1 of 1

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _William H. Boo'ZE IV    00 256158_
   (Name of Plaintiff)      (Inmate Number)    :

_DelAwARE coRRecTioNAl ceNTER_   :
_Bldg. 22 C 12-L_
_1181 PAddock Rd. / SmyRNA, Delaware 19977_  :
   (Complete Address with zip code)     :

                         :

(2)_____  :
   (Name of Plaintiff)    (Inmate Number)   :       (Case Number)
                         :  ( to be assigned by U.S. District Court)

                         :

_____   :
   (Complete Address with zip code)   :

(Each named party must be listed, and all names   :
must be printed or typed. Use additional sheets if needed)  :

                         :

          vs.          :   **CIVIL COMPLAINT**

(1) _CoRRecTioNAl MEDicAl SERViCES_  :

(2) _DR. DAlE RogERs_       :

(3) _Rebecca Vilet  (NuRsE)_   :   •  •  Jury Trial Requested
      (Names of Defendants)       :

(Each named party must be listed, and all names   :
must be printed or typed. Use additional sheets if needed)  :

## I.  PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_No - lawsuit (s) has ever BeoN Filed by PlaiNTiff._

_____

_____

_____

_____

_____

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _William H. Boo'ZE IV    00256158_
   (Name of Plaintiff)      (Inmate Number)

_DelawARE coRRecTioNAl ceNTER
Bldg. 22 C 12-L
1181 PAddock Rd. / SmyRNA, Delaware 19977_
   (Complete Address with zip code)

(2)_____

   (Name of Plaintiff)      (Inmate Number)
                          (Case Number)
                     ( to be assigned by U.S. District Court)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.            **CIVIL  COMPLAINT**

(1) _CoRRecTioNAl MEDicAl SERViceS_

(2) _DR. DAlE RogeRs_

(3) _Rebecca Vilet  (NuRsE)_      •  • Jury Trial Requested
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

## I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_No- lAwsuit(s) has even Been Filed by PlaintiFF._

INM William H. Bus'Zo IV
SBI# 256158 UNIT - Bldg. 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
Lock Box 18
844 N. King Street
Wilmington, Delaware
19861

U.S.M.S
X-RAY

Envelope 2 - of 3