Honorable Clerk of Court,    07-82

Although I wish to add two (2) additional defendants (and) amend my petition to include the threats made to me by Nurse's and Nurse's Boyfriends and DOC Lt. Havorin, I've been told by the Law Library that I can-not obtain any more copies concerning this case. We (inmates in the MHU) are not allowed to go to the Law Library and the Law Library (Para Legal et al) have threaten to punish us if we contact the Courts concerning this situation.

Respectfully,

William H. Boyle IV

FILED
FEB 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanny

I wasn't allowed copies of this petition when I first completed it in Nov 06.