In the United States District Court
For the District of Delaware

William H. Booze, IV
　　　　Plaintiff
　　　v.
Correctional Medical Services
Dr. Dale Rogers, Rebecca Vilet,
Gani Neal, Sherell Ott, Cheryl,
Scott S. Altman, James B.
Satterfield, Anthony J. Rendina,
Ralph Heverin, ET AL.
　　　　Defendants

Civil Action
No. 07-82 GMS

FILED
MAR -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Motion To Amend

Now comes Plaintiff, William H. Booze, IV and move this Honorable Court (to Add to) and/or Amend his Action pursuant to 42 U.S.C. § 1983 to include as a defendant ~~Dr.~~ 11- Dr. L. Desrosiers employed as "Medical-Doctor" for Correctional Medical Services Mailing address ~~in CMS~~ 1181 Paddock Rd. Smyrna, De with Zip Code: 19977

Amend to include - (Statement of Claim) - on the 13th Day of Feb (Tuesday) 2007, at approximately 2:00 PM, Nurse Gani Neal - Informed me that Dr. Rogers & Nurse Vilet - gave instruction that "Since I was Foolish-enough to file a law suit

that I were to have No Medication, that CMS-Have No obligations to serve Damn fools like me, She instructed the Duty sgt and Two (2) Correctional officer's to Remove all Medications from my persons and cell, she personal- Took my Heart-Medication, including a small Bottle of Nitro, which after 3-Heart attacks, I should keep on my persons at all Times; My Eye Patch was Taken; I was told that If I complaint Lt. Heverin would "Lock my Black-Ass in Solitary confinement, The SHU and/or Bldg. 21 housing unit. Lt. Heverin personally told me that I would Be Punish for Talking the way I did to the White Nurse Vilet. and- Nurse Vilet instructed all Nurses To Never give me Any Medication; at least 12-inmates and 6-correctional officers Witness the Above on different dates.

On thursday the 22nd Day of Feb 07, Nurse Jeni Neal came to my cell with a Female sgt and 2-officers (and) Again Threaten me about a Law suit against CMS, I was told that Carl Danberg was the New Director And these "Niggers" will Bet their due (A DCC Correctional officer said this) then he throw a News Paper Clipping with Comm. Danberg & DCC officers on the floor - stating - you see who he tools

A Photo with, No "Niggers" in the Picture. So Be careful, WE Will Bury you and Your Kind...

Amend Relief to include;

(b) Appoint an attorney to Investigate my allegations and To Represent me.

Order DCC -and- The Defendants To Stop threaten & Harrassing me.

Order The Defendants to Immediately Give me my Medications (Especially Nitro-Pills -and- Patches) to Keep on my Persons.

Signed this 23rd Day of Feb 2007,
11:26 PM

*[signature]*
William H. Booze, IV
(Plaintiff)

IM William H. Booze, IV
SBI# 256158   UNIT Bldg 28 C L 12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St., LockBox 18
Wilmington, Delaware
19801-3570