IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM H. BOOZE, IV. )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CORRECTIONAL MEDICAL SERVICES, )<br>DR. DALE ROGERS, REBECCA VILET,)<br>GANI NEAL, SHERELL OTT, CHERYL,)<br>SCOTT S. ALTMAN, )<br>JAMES P. SATTERFIELD, )<br>ANTHONY J. RENDINA, AND )<br>RALPH HEVERIN, )<br>)<br>    Defendants. ) | Civil Action No. 07-82 GMS |



**AUTHORIZATION**

I, William H. Booze, IV., SBI # 256158, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _February 22_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _24th Feb_, 2007.

                                                      _/s/ Booze IV_
                                                  Signature of Plaintiff

I/M William N. Booze, IV
SBI# 256158   UNIT Bldg-22 C-134
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Clerk of Court
Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3526