20th April 2007

Honorable Judge Gregory M. Sleet,

Please pardon me for addressing you in this manner, but I find that your assistance concerning this matter is of the most importance to me, my health, life and future. Please allow me to explain.

Re: Civil Action No. 07-82 GMS
Boo'Ze vs. Correctional Medical Service Et. al.

After the Medical Department was informed of me filing a law-suit, I've been threaten by Dr. Dale Roger (who has been promoted to Medical Director) Nurse Quain Neal, Nurse Rebecca Vilet and other CMS-staff. On the 13th day of Feb 2007, Nurse Neal and Dr. Rogers informed me that- since I wish to sue, they would "Fix-My Ass" and Nurse Neal & Vilet, had the Building Sgt. remove all medication from my quarters, they took my Nitro-Pill's (which I should have on my persons at all time since I've had 3-Heart attacks) and told me that as long as I was filing suits, they would see to it that I suffer (Direct quote). Although I have fragments (from being shot) in my head and face (right eye shot out) the Dr. Rogers & Nurse's refuses to allow me "Pain-off's" etc. for the

constantly pain although I was prescribed the pain-off, Rogers, Vilet & Neal Flat out lied by saying that I HAD ABUSED my medication, This was said so that they would cover themselves. Today I Was Told that "Nigger you will either Drop your complaints against DR. Rogers (OR) you will have more problems Than you can 'HANdle'". the captain over the grievance committee and CMS- Supervisor — Refuses to listen to the inmates and — Neal & Vilet Told me Personally that "if I have surgery — I Would die on the Table" and — if I Had A Heart attack they would not assist me.

This letter is To Plea with you to please issue an ORder — telling CMS & its staff to Stop threating and Harressing me, to issue my "Nitro and- Pain off Pills". This is my 3Rd letter to you, as of this date I've received NO acknowledgement that you received my letters. will you please, I plea with you, please acknowledge the Receipt of this letter.

Respectfully,

William H. Boole, IV
SBI# 256158
Bldg. 22-C122

FILED
MAY - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M William H. Burrington
SBI# 256158  UNIT  AUG 2007 PM/ZT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware
19801-3570

U.S.M
X-R