IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM H. BOOZE, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-82-GMS |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, William H. Booze, IV ("Booze"), a prisoner housed at the Delaware Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on April 20, 2007, Lewis filed a letter with the court advising that he suffers from a heart condition and that medical treatment and medication are being withheld from him in retaliation for filing this lawsuit;

WHEREAS, the letter refers to two previous letters Booze mailed to the court, neither of which were received at the Clerk's Office;

WHEREAS, the court construes the letter as a motion for injunctive relief to provide medical services, to preclude the defendants from the interfering with Booze's right to access the courts, and to stop defendants from taking retaliatory action against Booze;

THEREFORE, at Wilmington this 4th day of May, 2007, IT IS ORDERED that:

1. Warden Thomas L. Carroll and the defendant Correctional Medical Services shall file a response to Booze's letter/motion of April 20, 2007 on or before May 14, 2007.

2. The clerk of the court shall serve a copy of this order and Booze's letter/motion to Warden Thomas L. Carroll and the Delaware Attorney General and the defendant Correctional Medical Services by certified mail, return receipt.

_____
UNITED STATES DISTRICT JUDGE

FILED

MAY - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE