D.I. #_____

# CIVIL ACTION
# NUMBER: 07cv82

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

           OFFICIAL USE

Postage                          $   63
Certified Fee                        280
Return Receipt Fee                   185
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees             $  4.88       07-82 GMS

Sent To   WARDEN TOM CARROLL
Street, Apt. No.;  DELAWARE CORRECTIONAL CENTER
or PO Box No.  1181 PADDOCK RD.
City, State, ZIP+4  SMYRNA, DE 19977

PS Form 3800, June 2002              See Reverse for Instructions
```

Tracking: 7005 1820 0004 3169 7074