D.I. # _____

# CIVIL ACTION
# NUMBER: 67cv82

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage              $  63
Certified Fee           240
Return Receipt Fee      185
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $ 488

7005 1820 0004 3169 7050
```

0782
GMS

Correctional Medical Services
1201 College Park Drive
Suite 101
Dover, DE 19904