## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM H. BOOZE, IV,               )
                                    )
                    Plaintiff,      )
                                    )
          v.                        )          C.A. No. 07-82-GMS
                                    )
CORRECTIONAL MEDICAL SERVICES,      )
INC., et al,                        )
                                    )
                                    )
                    Defendants.     )

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M.

Waters on behalf of Defendants Anthony Rendina, James Satterfield, and Ralph Heverin.

This Entry of Appearance is not a waiver of any jurisdictional defects or defects in

service upon the Defendants. The Defendants specifically reserve the right to raise any

jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**


/s/ Ophelia M. Waters
Ophelia M. Waters, ID# 3879
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
ophelia.waters@state.de.us

Attorney for State Defendants

Dated: May 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on May 14, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant: William Booze; SBI # 256158; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977, Megan T. Mantzavinos, Esq., Marks, O'Neill, O'Brien & Courtney, P.C., 913 North Market Street, Suite 800, Wilmington, DE 19801.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us