IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM H. BOO'ZE, IV,           :
                                 :
        Plaintiff,               :
                                 :
        v.                       :          Civil Action No.: 07-82 (GMS)
                                 :
CORRECTIONAL MEDICAL SERVICES, :
et al.                           :
                                 :
        Defendants.              :

### DEFENDANT CORRECTIONAL MEDICAL SERVICES
### RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION

In accordance with the Court's Order of May 4, 2007 (D.I. 9), Defendant, Correctional Medical Services, by and through its undersigned counsel, hereby respectfully submits the following in response to Plaintiff's April 20, 2007 letter to the Court (D.I. 8). By complying with the Court's May 4 Order, CMS does not intend to waive service of process or any jurisdictional or service defects which may be available to it, and it compliance should not be construed as a waiver of service or any jurisdictional defenses. CMS specifically reserves the right to raise jurisdictional and service defects which may be available to it.

### Background

Plaintiff William Boo'ze is an inmate in the custody of the Department of Correction incarcerated at the Delaware Correction Center in Smyrna, Delaware. He filed the instant action on or about February 13, 2007 alleging, *inter alia*, that the defendants have denied him medication and access to the news media. In a Motion to Amend filed on or about February 23, 2007, he further alleges that he was being

threatened, harassed and denied medication in retaliation for filing a lawsuit.  The relief he seeks includes an order that he be permitted to keep his medication on his person, and an order that the defendants stop threatening and harassing him.  It is not expressly stated in the Complaint, but it appears that Plaintiff's Complaint is based upon 42 U.S.C. §1983 (and in fact, the Motion to Amend makes express reference to 1983).

On or about April 20, 2007, Plaintiff wrote to this court alleging that his medication – specifically his nitroglycerin and "Pain-Off" pills - had been removed from his cell at the direction of two of the defendants, in retaliation for filing the instant suit.  Plaintiff also alleges that one or more of the defendants made various threats of retaliation against him in connection with the suit.  (D.I. 8).  Despite the use of direct quotes, however, Plaintiff does not make clear in the April 20 submission which individuals said which things to him.  By order of May 4, 2007, the court treated the letter as a Motion for a Preliminary Injunction to provide medical services, to preclude the defendants from interfering with Plaintiff's right to access the courts, and to stop defendants from taking retaliatory action against Plaintiff – substantially the same relief requested in the Complaint.

Plaintiff does have a number of chronic health conditions which require medication and regular medical treatment.  Specifically, and as set forth in the report of Dr. Desrossiers, attached as Exhibit "A," Plaintiff's medical conditions include hypothyroidism, a large thyroid goiter, coronary artery disease/myocardial infarct x3/coronary artery bypass, a right chest wall mass, possible migraine headaches and urinary incontinence.   He is on fourteen different kinds of medication, including Synthroid, Lopressor, a nitroglycerin patch, Excedrin and Zocor (Exhibit "A").  Plaintiff

was last seen by a doctor in the chronic care clinic on April 10, 2007. See Chronic Care Clinic records, Exhibit "B." He is next scheduled to be seen on June 8 for a pre-surgical consult for a scheduled thyroidectomy.

In May of 2006, Plaintiff's medication was being dispensed to him in 30- to 120-day supplies. During a medication pass on May 13, Plaintiff informed Rebecca Vliet, RN that he had been out of all of his medications except one for weeks. However, Plaintiff's medical records indicated that the supply he had been given of one medication should have lasted through May 13, and that he should have had another 30 days' worth of four other medications. This exchange is documented in a May 14, 2006 incident report completed by Ms. Vliet, and attached as Exhibit "C." The incident report further indicates that Plaintiff's medications were confiscated: whereas he previously had "keep on person" ("KOP") privileges for his medication, all his medication going forward was to be nurse-administered. See also, Exhibit "A." Over the course of the following nine months, Plaintiff's KOP privileges were reinstated, modified and revoked again. See Exhibit "B" and August 8, 2006 letter from Scott S. Altman to Plaintiff re: administration of medications (Exhibit "D"). The May, 2006 incident followed similar incidents were Plaintiff was found to have excess medication in his cell (See February 13, 2006 cell inventory, Exhibit "E" attached ). Most recently, when a February 13, 2007 search of Plaintiff's cell again yielded excess medications, Plaintiff's KOP privileges were again revoked. Presently, Plaintiff has KOP privileges with respect to certain specified medications, but the rest, including his nitroglycerin, are nurse-administered. (See medication administration records for February-May 2007, Exhibit "F" attached).

Following the revocation of his "KOP" privileges, Plaintiff was consistently administered medication by various nurses on staff; however, he also consistently refused most of them. (Exhibit "F"). Exhibit "F" also documents that Plaintiff's nitroglycerin was prescribed as and administered by patch rather than pills. Further, the "Pain-Off" medication which Plaintiff claims is being withheld was actually substituted with Excedrin Migraine, see Exhibit "F."

Dr. Rogers and nurses Neal and Vliet, the three individuals referenced by Plaintiff in the April 20 letter, have all denied making the statements attributed to them in the letter, and have denied the more general allegation that they have somehow harassed or threatened the Plaintiff. CMS likewise denies that it or its employees have threatened or harassed Plaintiff. Due to the time constraints imposed by the court for responding to Plaintiff's allegations, it was not possible for counsel to obtain executed affidavits from these individuals in time for the May 14 filing deadline. Defendant's submission will be supplemented as soon as possible.

Viewing the April 20 letter as a Motion for Preliminary Injunction, defendant CMS contends that it is clear that Plaintiff is not entitled to the relief he seeks because he has failed to meet the standard for a preliminary injunction. More specifically, Plaintiff has failed to demonstrate beyond his own conclusory allegations that he has been denied medication or medical treatment, and it is clear from his medical records that he continues to receive medical treatment, although the mode of administration of most of his medications has changed. Moreover, Defendant affirmatively contends that the change in the mode of administration of Plaintiff's medication, to the extent that it

supports a *prima facie* case of retaliation, is nonetheless permissible because it served a legitimate penal interest.

Neither has Plaintiff demonstrated entitlement to the second type of relief sought, that Defendants be enjoined from interfering with plaintiff's access to the courts. The record in this case clearly demonstrates that there has been no meaningful interference with Plaintiff's access to the courts, since his various complaints and petitions have been submitted to the courts. To the extent that the threats to withhold medical treatment are construed to be interference with the courts, Defendant denies that such threats were ever made, and even if they were, it is clear from the record that Plaintiff has not been denied medical treatment.

Finally, CMS denies that its employees have taken any retaliatory action against Plaintiff.

## Argument

In order to prevail on a Motion for Preliminary Injunction, a Plaintiff must demonstrate that:  1)  he is likely to succeed on the merits; 2)  denial will result in irreparable harm; 3)  granting the injunction will not result in irreparable harm to the defendant; and 4) granting the injunction is in the public interest.  Kline v. Correctional Medical Services, 2006 WL 3755765 *1 (D. Del.) *citing* Maldonado v. Houstoun, 157 F.3d 179, 184 (3d Cir. 1997).  Here, Plaintiff has not met the first two elements required to establish entitlement to a preliminary injunction, and the motion must therefore fail. Specifically, the actions Plaintiff complains of, even if true and even if they amount to retaliation, serve a legitimate penological interest, and are therefore permissible.  Plaintiff

therefore cannot demonstrate that he is likely to succeed on the merits of his retaliation claim. Neither can he show that he is likely to succeed on the merits of his claim that he has been deprived access to the courts, since the actions of the defendants, even if true, and even if calculated to interfere with or discourage Plaintiff's access to the courts, have not had the effect of depriving him of meaningful access to the courts. Finally, assuming *arguendo* that the threats alleged in the April 20 letter were in fact made, he cannot show that their actual effect was to deprive him of medical treatment or access to the courts. Moreover, given that Plaintiff continues to receive medical treatment and continues to be given access to his medication, Plaintiff cannot show that denial of his Motion will cause irreparable harm.

Plaintiff claims that he is being denied medication and medical treatment in retaliation for filing the instant lawsuit, i.e, that he is being deprived access to the Courts in violation of the First Amendment. In order to be entitled to the relief he seeks on grounds of retaliation, he must be able to show that 1) the conduct in which he was engaged was constitutionally protected; 2) he suffered "adverse action" at the hands of prison officials and 3) his constitutionally – protected conduct was a substantial or motivating factor in the decision to take the action complained of <u>Carter v. Dragovich</u>, 292 F.3d 152, 157 (3rd Cir. 2002). Once a prisoner has made a *prima facie* case of retaliatory action, the burden shifts to the defendant to show that it would have taken the same action absent the protected conduct for reasons reasonably related to penological interest. <u>Id</u>. At 158.

Here, it is clear from the attached records that Plaintiff is not being denied medical treatment or medication. Further, although he did have medication removed

from his cell, and lost his KOP privileges, these actions were taken in response to the documented fact that he was hoarding his medications. Defendants' actions in confiscating the excess medications and revoking Plaintiff's "keep on person" privileges served the legitimate penological interests of enforcing prison rules and protecting Plaintiff and others from the possibility of taking medications inappropriately. Moreover, since the revocation and later modified reinstatement of his KOP privileges, his medication has not been withheld. Rather, consistent with the order that it be nurse-administered, he has had access to his medications during the nursing staff's twice-daily "medication passes," but has consistently refused to take them. Accordingly, a preliminary injunction compelling CMS to administer Plaintiff's medications is not warranted. Further, given that Plaintiff presently has access to his medications, the motion is moot.

Plaintiff next claims that the defendants' actions in withholding his medication were taken in order to deny Plaintiff's access to the courts, specifically to prevent or discourage him from proceeding with the instant lawsuit. To prove a violation of his right to access the courts, Plaintiff must show that 1) he was denied access to the courts, and 2) he suffered real and actual injury as a result. Bacon v. Taylor, 414 F. Supp. 475, 481 (D.Del. 2006). As discussed in the preceding sections, Plaintiff is not being denied medical treatment or medication, so it cannot be said that he has either been denied access to the courts in fact, or that he has suffered and actual injury. Moreover, it cannot be disputed that Plaintiff's papers have been filed and his lawsuit has been instituted and is proceeding. There is therefore neither actual denial of access, nor has there been injury. Plaintiff's claims on these grounds must therefore fail as well.

Finally, Plaintiff's April 20 submission appears to make more general claims of harassment by various Corrections Officers and CMS staff. CMS denies that any member of its staff made the remarks contained in the submission, making Plaintiff's motion for injunctive relief moot. But assuming *arguendo* that such remarks were made, it is clear that they are not the proper subject of a preliminary injunction because such activity, standing alone, has been neither alleged nor shown to have caused irreparable harm, or to be likely to cause irreparable harm if allowed to continue. Moreover, Plaintiff has neither alleged nor demonstrated that he is likely to succeed on the merits, in establishing that these remarks were actually made, or that they violated a constitutionally – protected right. Injunctive relief is therefore not warranted.

## Conclusion

For the reasons stated herein, Plaintiff has failed to demonstrate his entitlement to a preliminary injunction on any grounds alleged in the April 20 submission, and the Motion should therefore be denied.

/s/ Megan T. Mantzavinos
Megan T. Mantzavinos, Esquire/ID No. 3802
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*
*Correctional Medical Services*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM H. BOOZE, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-82-GMS |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| INC., et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2007, upon consideration of

plaintiff's Motion for Injunction and the Response of Warden Thomas Carroll and

Correctional Medical Services, IT IS HEREBY ORDERED that plaintiff's Motion for

Injunction is DENIED.


_____
United States District Judge

# EXHIBIT A

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Booze William          ID#: 256158    Institution: DCC

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 5/9/07 | 9:05 | To whom this may concern, | |
| | | This is a medical status report on | |
| | | Mr. Booze. | |
| | | He is a 61 year old man with the | |
| | | following medical problems | |
| | | 1° Hypothyroidism | |
| | | 2° Large thyroid goiter - causing | |
| | | compressive symptoms | |
| | | 3° hypertension | |
| | | 4° Coronary artery disease - Myocardial | |
| | | infarct x3 in past / coronary artery | |
| | | bypass | |
| | | 5° Right chest wall mass | |
| | | 6° Headaches - ? Migraine | |
| | | 7° urinary incontinence | |
| | | Medication list - | |
| | | 1° Synthroid 0.75 daily | |
| | | 2° Glycerin cream | |
| | | 3° Artificial Tears | |
| | | 4° Ccasa 81 mg daily | |
| | | 5° OTM 4 mg Bi D | |
| | | 6° Eye Wash - irrigation prn | |
| | | 7° Lopressor 25 mg daily | |
| | | 8° Nitroglycerin patch 0.4 mg/hr → 8 hours off/day | |
| | | 9° Selsun shampoo | |
| | | 10° Hytrin 2 mg h.S | |

7113 Rev 03/04

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Booze William    ID#: 256158    Institution: D.C.C

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| | | 11° AT Dointment | |
| | | 12° Bilateral knee sleeves — | |
| | | 13° Cardura all pause prn | |
| | | 14° Zocor 10 mg b.s (just started) | |
| | | Recent and ongoing investigation: | |
| | | 1° scheduling for total thyroidectomy and excisional biopsy of Right chest wall mass | |
| | | 2° Cardiology: for pre op assessment on 06-08-07 | |
| | | Mr Booze's "KOP" privilege was cancelled on 8/2006 because of "hoarding" medication Mr Booze is seen in Chronic Care clinic: last visit on 4/10/07. Mr Booze was upset and agitated. He did seem to have some paranoid ideation. He was referred to Mental Health for assessment. | |
| | | I hope this is to your satis faction | |
| | | [signature] m d  3/9/2007 | |

7113 Rev 03/04

**EXHIBIT B**

MAY 14 2007

# CONSULTATION REPORT



**Mid-Delaware Imaging**
i n c o r p o r a t e d
710 South Queen Street
Dover, Delaware 19904
302-734-9888

DATE ___02/16/2007___

PATIENT ___BOOZE, WILLIAM___    AGE ___12/30/1946___

ADDRESS ___1181 PADDOCK ROAD, SMYRNA, DE  19977___

REFERRED BY DR. ___Frederick P. Van Dusen, D.O.___    NO. ___62612___ *256158 288618*    SEX ___M___

CLINICAL INFORMATION:    CHEST WALL MASS

CT CHEST

7mm thickness computerized axial cuts of entire chest are obtained after intravenous administration of contrast material.

Computerized axial tomography shows 2.8cm fairly well defined low density right upper anterior chest wall mass just superficial but distinctly separate from the corresponding pectoralis major muscle. Part of this mass is closely applied to the under surface of the skin and based on joystick reading most likely represents benign lipoma and less likely sebaceous cyst. There is also seen remarkable enlargement of thyroid gland with grossly altered texture , retrosternal extension and displacement of trachea to the right. The left lobe is considerably larger than the right lobe. There is also seen underlying COPD with bilateral mild to moderate interstitial fibrosis and couple of tiny nonspecific peripherally located nodules in each upper lobe. There is however no disturbing lung mass or any hilar-mediastinal lymphadenopathy. The tracheobronchial tree is patent and intact. There is no pleural effusion.

A few axial cuts of the upper abdomen show normal visualized portions of liver.

IMPRESSION:  1)  There is seen 2.8cm fairly well defined low density mass at right upper anterior chest wall without any infiltration of surrounding fat. This mass is superficial and distinctly separate from the corresponding pectoralis major muscle. Based on joystick reading this most likely represents benign lipoma and less likely complex sebaceous cyst.

2)  There is seen remarkable enlargement of thyroid gland with grossly altered texture, retrosternal extension and right lateral displacement of trachea representing goiter.

3)  There is seen underlying COPD with bilateral mild to moderate interstitial fibrosis and couple of tiny nonspecific peripherally located nodules in each upper lobe.

There is no disturbing lung mass, hilar-mediastinal lymphadenopathy or pleural effusion.

Water soluble non-ionic 150cc of Ultravist 300 contrast material was used in view of history of emphysema.

Thank you for referring this patient.

This report was transcribed and faxed to DCC on 2/19/07

*3/12/07*

Mahendra Parikh, M.D.

MP/par



**Bay**health
*Medical Center*

Bayhealth Medical Center
Kent General Hospital
Dover, DE 19901

**DIAGNOSTIC IMAGIN**
**CONSULTATION REPOR**

| | | | |
|---|---|---|---|
| **PATIENT:** | BOOZE,WILLIAM | **MR#:** | 002103654 |
| **ADDRESS:** | 1181 PADDOCK RD | **DATE:** | 05/15/06 1006 |
| **SS#** | 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 | **PHONE:** | (302)653-9261 |
| **D.O.B.:** | 12/30/46 | **AGE:** | 59Y |
| **ACCT#** | K0610700269 | **LOCATION:** | *OPK |
| **CC:** | DURST,JOHN / DURST,JOHN | **Check-in No.** | 1230003 |
| | | **ORDERING PHYSICIAN:** | DURST,JOHN |

| Chk-in # | Date | Exam | |
|---|---|---|---|
| 1230003 | 05/15/06 | 10605 | KNM THYROID SCAN/MULTIUPTKE 78007 |

Ord Diag: 784.2 SWELLING IN HEAD & NECK

The patient received 261 microcuries of iodine 123.   Images of
the thyroid demonstrate heterogeneous diffuse uptake.   The
thyroid gland appears diffusely enlarged although this would be
better evaluated with ultrasound.   Cold defects involving the
upper pole of both lobes cannot be excluded.   Evaluation with
ultrasound would be helpful.   The 4 and 24 hour iodine uptake
is 16 and 37 percent which is slightly elevated.


Impression:.   Possible diffusely enlarged thyroid with
slightly increased uptake.   Ultrasound to exclude nodules
particularly in the left lobe is suggested.

      Transcriptionist- RAPHAEL CACCESE JR  M.D., Radiologist
      Reading Radiologist- RAPHAEL CACCESE JR  M.D., Radiologist
      Releasing Radiologist- RAPHAEL CACCESE JR  M.D., Radiologist
      Released Date Time- 05/17/06 0912
      -----------------------------------------------------------

RAPHAEL CACCESE JR  M.D., Radiolo

**Deliver to:**

DURST,JOHN
DE CORRECTIONAL MED.DEPT.
1181 PADDOCK ROAD
SMYRNA     DE          19977

Michael A. Amygdalos, M.D.          Vibhu Kapoor, M.D.
Martin G. Begley, M.D.              Victoria E. Kong, M.D.
Raphael Caccese Jr., M.D.           Michael F. Polise, D.O.
Ravi S. Kasat, M.D.                 Rachel E. Taylor, M.D.
                                    Thomas E. Vaughan, M.D.

Kent Diagnostic Radiology Association, P.A.

# MDI
## Mid-Delaware Imaging
### incorporated
710 South Queen Street
Dover, Delaware. 19904
302-734-9888

# CONSULTATION REPORT

DATE 12/04/2006

PATIENT __BOOZE, WILLIAM__   256158   AGE 12/30/1946

ADDRESS __1181 PADDOCK ROAD, SMYRNA, DE  19977__

REFERRED BY DR __Dale Rodgers, M. D.__          NO __62612      284659__   SEX ____M__

CLINICAL INFORMATION:   GOITER.

U/S THYROID

The thyroid gland is markedly enlarged.   Both lobes measure at least 9cm in length.   The thyroid echotexture is diffusely heterogeneous and multiple rounded solid masses are seen bilaterally.

IMPRESSION:   Multinodular thyroid goiter.

Thank you for referring this patient.

This report was transcribed and faxed to DCC on  12/4//06.

JAMES MILLER M.D.

jm/par

Patient:  WILLIAM BOOZE
DOB:  12/30/1946
Page 3

DOBUTAMINE CARDIOLITE IMAGING SCAN (05/05):  Moderate-sized area of inferior ischemia.  There was mild global hypokinesis with a calculated left ventricular ejection fraction of 37%.

ASSESSMENT:  58-year-old, hypertensive, African-American male smoker with prior history of myocardial infarction x3 who has had a recent acceleration of angina and an abnormal Cardiolite scan.

PLAN:    Cardiac.     Mr. Booze has had recent acceleration of his angina.  He is feeling somewhat better with a nitro patch.  A recent dobutamine Cardiolite scan has shown loss in LV function.  Ejection fraction has dropped from 65% in September 2003 to 37% on his Cardiolite scan in May 2005.  In addition, he now has evidence for inferior ischemia.  His blood pressures are elevated today.  He is unfamiliar of the level of lipid control.  My plans at this time are to track down his prior cardiac catheterization results from 1999 and 2000.  I am advising proceeding with cardiac catheterization to document whether or not there is underlying coronary artery disease and to proceed with percutaneous coronary artery intervention if appropriate.  I have discussed this in detail with the patient and he is agreeable.  His primary concerns today are of the rapid swelling that he has had in his neck over the last few days.  I concur that this is worrisome, and I suspect that he may be having an ongoing infection.  I am advising ENT evaluation or follow up with his primary care physician.  We will make appropriate arrangements to set him up for cardiac catheterization.

I will keep you fully informed of his progress.  Thank you for allowing my participation in the care of your patient.

Sincerely,

David Ramos, M.D., F.A.C.C.
DR/mll
DD:  08/11/05
DT:  08/12/05
cc:  Maria Mancuso, M.D. at DCC

Patient: WILLIAM BOOZE
DOB: 12/30/1946
Page 2

SOCIAL HISTORY: The patient is a resident of Delaware Correctional Center. He has smoked for a number of years.

FAMILY HISTORY: Father died of myocardial infarction at age 71.

REVIEW OF SYSTEMS: All systems otherwise negative.

PHYSICAL EXAM:
General:      Well-developed, well-nourished, African-American male in no acute distress. Alert and oriented  times three.

Vital Signs:    BP 150/100.  Pulse 74.  Weight  208 lbs.

HEENT:      NC/AT, anicteric sclerae. Conjunctiva pink.  No JVD or carotid bruit.  There is bilateral neck swelling, more prominent on the right side.  The thyroid does appear midline.  No JVD or carotid bruits.

Lungs:      Clear.

Cardiac:      Regular rate and rhythm, normal S1/S2. No murmurs, rubs or gallops  appreciated.  PMI nondisplaced.

Abdomen:      Benign.

Extremities:    No clubbing, cyanosis or edema. Peripheral pulses are intact.

Skin:       Warm and dry, no ecchymoses present.

Neurologic:    Nonfocal.

EKG:  Normal sinus rhythm, right bundle branch block, no acute ST segment shift.

ECHOCARDIOGRAM (09/03):  Normal LV systolic function with estimated left ventricular ejection fraction 65%. Trace mitral regurgitation and trace tricuspid regurgitation with mild concentric  left ventricular hypertrophy and mild left atrial enlargement.



**CARDIOLOGY CONSULTANTS P.A.**
www.CardioConsultants.net

PIAMSOOK ANGKEOW, M.D.
KEVIN M. BOYLE, M.D.
ARTHUR W. COLBOURN, M.D.
BARRY S. DENENBERG, M.D.
ANDREW J. DOOREY, M.D.
ANTHONY B. FUREY, D.O.
EDWARD M. GOLDENBERG, M.D.
RICHARD F. GORDON, M.D.
ROBIN A. HORN, M.D.
AJITH G. KUMAR, M.D.
RONALD L. LEWIS, D.O.

RAYMOND E.        M.D.
GEORGE D.        TSOS, M.D.
ASHISH B. PA        M.D.
MICHAEL J. PASQUALE, M.D.
PAUL C. PENNOCK, M.D.
JAMES M. RITTER, M.D.
MICHAEL E. STILLABOWER, M.D.
HENRY L. WEINER, M.D.
MARK R. ZOLNICK, M.D.

**KENT COUNTY**
HARJINDER S. GREWAL, M.D.
LAWRENCE G. NARUN, M.D.
DAVID RAMOS, M.D.
JOHN. W. SHUCK, M.D.

**SUSSEX COUNTY**
ALI DELBAKHSH, M.D.
E. MARK JOHNSON, M.D.
PEDRO J. PEREZ, M.D.
R. ALBERTO ROSA, M.D.
KENNETH P. SUNNERGREN, M.D.

August 11, 2005

VIJAY TATAGARI, M.D.
31 GOODEN AVE.
DOVER, DE  19904

RE:  WILLIAM BOOZE        DOB:  12/30/1946
256250

Dear Reddy:

I saw your patient, William Booze, in initial office consultation today.  As you recall, he is a 58-year-old, hypertensive, African-American male smoker with known history of coronary artery disease who is status post prior myocardial infarction x3.  He tells me he had a cardiac catheterization in 1999 at Walter Reed, and had one again in 2000 in Columbus, Ohio at the time of another MI.  He does not recall getting any coronary intervention such as angioplasty or coronary artery stenting.  He was, however, informed that he sustained a myocardial infarction and has been managed medically.  He is a prisoner at Delaware Correctional Center.  He generally has had stable angina, which is usually relieved by nitroglycerin sublingually.  However, he had a recent episode with severe chest pains, which were not relieved with up to 5 nitroglycerins.  He was evaluated in Kent General Hospital emergency room before being released and advised to have cardiac follow up.  He was started on a nitro patch.  He is feeling somewhat better on the nitro patch.  However, he now has new complaints that his neck and back hurt him and are getting swollen bilaterally.  Indeed, he has easily visible bilateral neck swelling.  In addition, he complains of severe headaches, which he thinks are related to a prior gunshot wound in Vietnam.  He has a bullet lodged at the top of his skull.  He thinks that it has migrated over the years.  He had a dobutamine Cardiolite scan performed in May, which documented likely ischemic cardiomyopathy.  He is referred today for further cardiac evaluation.

PAST MEDICAL HISTORY:
1. Prior myocardial infarction x3.
2. Hypertension.
3. History of gunshot wounds in Vietnam.

MEDICATIONS (computer):  Synthroid, metoprolol tartrate 25 mg qd, Artificial Tears solution prn, Optigene eye wash as directed, Tylenol PM 500-25 mg as directed, hydrocortisone acetate as directed, Nitro-Dur 0.4 mg/hr as directed.

ALLERGIES: Seafood.

**NEW CASTLE COUNTY**   252 Chapman Road, Suite 150, Newark, DE 19702  (302) 366-1929  Fax (302) 366-1006
St. Francis Hospital Medical Office Building, 701 N. Clayton Street, Suite 407, Wilmington, DE 19805  (302) 421-9721  Fax (302) 421-9728
2700 Silverside Road, Wilmington, DE 19810  (302) 478-9185  Fax (302) 478-9187
Pike Creek Sports Medicine Building, 3105 Limestone Road, Suite 200, Wilmington, DE 19808  (302) 636-3020  Fax (302) 636-3025
Concord Plaza, Quillen Building, 3521 Silverside Road, Suite 1-C, Wilmington, DE 19810  (302) 477-6510  Fax (302) 477-6522
Ketlay Plaza, 114 Sandhill Drive, Suite 203, Middletown, DE 19709  (302) 452-3455  Fax (302) 376-4350
**KENT COUNTY**   1100 Forrest Avenue, Dover, DE 19904  (302) 672-4600  Fax (302) 672-4606
**SUSSEX COUNTY**   550 South DuPont Plaza, Milford, DE 19963  (302) 422-6050  Fax (302) 422-6820
1606 Savannah Road, Suite 3, Lewes, DE 19958  (302) 645-1233  Fax (302) 645-1228

**CARDIAC DIAGNOSTIC CENTERS**
3105 Limestone Road, Suite 202, Wilmington, DE 19808  (302) 994-6500  Fax (302) 994-6922
Concord Plaza, Quillen West, 3521 Silverside Road, Suite 1-A, Wilmington, DE 19810  (302) 477-6500  Fax (302) 477-6509
1100 Forrest Avenue, Dover, DE 19904  (302) 672-1890  Fax (302) 672-1899
550  South DuPont Plaza, Milford, DE 19963  (302) 422-6050  Fax (302) 422-6820
1606 Savannah Road, Suite 3, Lewes, DE 19958  (302) 645-1233  Fax (302) 645-1228
**BUSINESS OFFICE**
252 Chapman Road, Suite 150, Newark, DE 19702  (302) 366-7665  Fax (302) 366-0734

CORRECTIONAL MEDICAL SERVICES, Inc.        PHYSICIANS' ORDERS

Name _Boozy, William_        D.O.B. _12.30.46_

Location _DCC_        ID# _256158_    Allergies _Seafood_

| Check box as order is noted: | (Date & Time) |
| --- | --- |
| Noted by: | ① Lopressor 25mg Po QD X 120d |
| | ② MVI ī Tab Po QD X 120d |
| Date: 2/8/07 | ③ NTG patch 0.4mg/hr Apply each am and remove each evening X 120d |
| Time: 2030 | ④ Selsun Sulfide 2.5% lotion apply as directed 2 bottles/mos for external use X |
| | M.D. Signature ~~~    Date/Time 2/7/07  09.00 |

| Check box as order is noted: | (Date & Time) |
| --- | --- |
| Noted by: | ① Hytrin 2mg Po QHS X 120d |
| | ② A+D aint Apply BID X 120d |
| Date: 2/8/07 | ③ DC ® Knee Brace + Ace Bandage |
| Time: 2030 | ④ Give 2 Knee Sleeves (R) + (L) |
| | M.D. Signature ~~~    Date/Time 2/7/07  0900 |

| Check box as order is noted: | (Date & Time) |
| --- | --- |
| Noted by: | follow up with Dr Szalai (request written) |
| Date: | |
| Time: | |
| | M.D. Signature ~~~    Date/Time 2/6/07 |

| Check box as order is noted: | (Date & Time) |
| --- | --- |
| Noted by: MDR | PA-M |
| | EKG |
| Date: 3-21-07 | Cardio consultation written |
| Time: 1430 | request opt Surgery (thyroidectomy) written |
| | M.D. Signature ~~~    Date/Time 3/20/07 |

Rev 03/04

## CORRECTIONAL MEDICAL SERVICES, Inc.          PHYSICIANS' ORI

Name Booze, William                          D.O.B. 12-30-46

Location DCC              ID# 256158    Allergies Seafood

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | W CMD in 1 month paranoid ideation take MT to see |
| Date: 4-11-07 Time: 5:30 AM | M.D. Signature                Date/Time 4/10/07 |
| Check box as order is noted: | (Date & Time) |
| Noted by: Shoeon Date: 4/20/07 Time: 1340 | Excedrin Migraine T 1tab PO BID PRN x 30d  M.D. Signature                Date/Time 4/20/07 0900 |
| Check box as order is noted: | (Date & Time) |
| Noted by: Date: Time: | Zocor 10 mg T tab x 120 days  M.D. Signature                Date/Time 5/9/07 |
| Check box as order is noted: | (Date & Time) |
| Noted by: Date: Time: | M.D. Signature                Date/Time |

CORRECTIONAL MEDICAL SERVICES, Inc.          PHYSICIANS' ORDERS

Name __Booze William__          D.O.B. __12-30-46__

Location __DCC__          ID# __256158__    Allergies __Seafood__

| Check box as order is noted: | (Date & Time) |
| --- | --- |
| Noted by: | D/C monthly weights |
| Date: 1-15-07 Time: 4:30 AM | |
| | M.D. Signature _____   Date/Time 1/18/07 |
| Noted by: Kellyhus Date: 01/20/05 Time: 0203 | Resubmit CT scan chest wall (mitten) on chart |
| | M.D. Signature _____   Date/Time 1/18/07 |
| Noted by: Date: 2/8/05 Time: 2030 | ① Synthroid 0.75mg Po QD X 120d chem 24, lipid panel, TSH, T4, free T4 exchange 1:1 c jars, bottles, tubes when giving jars sensor, bottles, tubes plse take Out of original box, labeled and dated Do NOT KOP pills |
| | M.D. Signature _____   Date/Time 2/7/07  0900 |
| Noted by: Date: 2/9/05 Time: 2030 | ① Eucerin crm Apply to area BID X 120d ② Artificial Tears opth instill 2 drops into affected eye BID X 120d ③ ① ASA 81mg Po QD X 120d ④ TM 4mg Po BID X 120d ⑤ Eye wash irrg use BID X 120d |
| | M.D. Signature _____   Date/Time 2/7/07  0900 |

Rev 03/04

## CORRECTIONAL MEDICAL SERVICES, Inc.          PHYSICIANS' ORDERS

Name _Booze William_                    D.O.B. _12-30-46_

Location _22CL12_      ID# _256158_      Allergies _Seafood_

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: _Rebecca Hurlbutt_ <br><br> Date: _12/15/06_ <br> Time: _0938_ | T/O Dr. Van Dusen/Rebecca Vhutler 12/15/06  0930 <br> Excedrine Migraine  ⅰ tab po BID PRN x30d <br> _Rebecca Vhutler_ <br><br><br> M.D. Signature _VMM_  Date/Time _12/18/06_ |
| Check box as order is noted: <br> Noted by: _Vhutler_ <br><br> Date: _1/1/07_ <br> Time: _1430_ | (Date & Time) <br> T/O Dr Van Dusen/Rebecca Vhutler 1/8/07  1430 <br> all meds are to be nurse administered <br> indefinitely. Rebecca Vhutler <br><br><br> M.D. Signature _VMM_  Date/Time 1/8/07 |
| Check box as order is noted: <br> Noted by: _PM_ <br><br> Date: _1-9-07_ <br> Time: _0550_ | (Date & Time) <br> CT of neck consult-done <br> U/S of the ® chest wall — done  all faxed to yes <br> CBC, chem 24, PT/PTT, (TSH, T3, T4) <br> Thyroid study <br><br> M.D. Signature _√θ_  Date/Time 1/8/07 |
| Check box as order is noted: <br> Noted by: _____ <br><br> Date: _1/16/07_ <br> Time: _____ | (Date & Time) <br> ① Knee Brace ; <br> ② ACE — wear knee prn . <br><br><br> M.D. Signature _VMM_  Date/Time 1/15/07 |

193 Rev 03/04

**CORRECTIONAL MEDICAL SERVICES, Inc.**          **PHYSICIANS' ORDERS**

Name _Booze William_          D.O.B. _12/30/46_

Location _DCC_          ID# _256158_   Allergies _Seafood_

| | |
|---|---|
| Check box as order is noted:<br>Noted by:<br><br>Date:<br>Time: | (Date & Time)<br>– Chem 24, lipid panel, PSA, Thyroid pan<br>– tetanus shot.  T3H, T3, T4<br>– PPD plse plant & read   free T4<br>– Weights @mos x 4mos.<br>– Flu shot when available<br>– Excedrin Migraine T tab Po BID PRN x 3<br>M.D. Signature ~~~   Date/Time 10/20/06 10 am |
| Check box as order is noted:<br>Noted by: RN/MPM<br>12/22/06<br>Date:<br>Time: 0025 | (Date & Time)<br>– Metoprolol 25mg Po QD x120d<br>– Hytrin 2mg Po QHS x120d<br>– MVT T tab Po QD x120d<br>– ELASA 81mg Po QD x120d.<br>– Sterile eye solution irrigation BID x120d.<br>– artificial tears 2gtts BID x120d.<br>M.D. Signature ~~~   Date/Time 10/20/06 10 am |
| Check box as order is noted:<br>Noted by:<br><br>Date:<br>Time: | (Date & Time)<br>– Eucerin crm Apply BID x120d (1 jar)<br>– A+D oint Apply BID x120d (1 jar)<br>– ATM 4mg Po BID x120d<br>– Selenium Sulfide shampoo 2 bottles/mos x120<br>– Nitropatch 0.4mg/hr on in am, off in pm x120d<br>– Thyroid U/S – consult done<br>M.D. Signature ~~~   Date/Time 10/20/06 10 am |
| Check box as order is noted:<br>Noted by: INC<br><br>Date: 12-6-06<br>Time: 135 AN | (Date & Time)<br>Surgical consult – done<br>Re: multinodular Thyroid goiter<br><br><br>M.D. Signature ~~~   Date/Time 12/5/06 0930 |

193 Rev 03/04

**CORRECTIONAL MEDICAL SERVICES, Inc.**          **PHYSICIANS' ORDERS**

Name **BOOZE, William**          D.O.B. **12.30.46**

Location **DCC**          ID# **256158**     Allergies **seafood**

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: *[signature]* Date: 7-24-06 Time: 1700 | D/C Double portions + am + pm snack |
| | M.D. Signature *[signature]*     Date/Time **7/24/06 4:10pm** |
| Noted by: *[signature]* Date: 8/18/06 Time: 1800 | @ exchange 1:1 c̄ jars, bottles, card of pills any bottles, tubes must be taken out of original box, labeled, and dated |
| | M.D. Signature *[signature]*     Date/Time **8/17/06 0930** |
| Noted by: *[signature]* Date: 8-26-06 Time: 0500 | Mevacor 10 mg Po QHS X 120d c̄ chem 24, lipid panel |
| | M.D. Signature *[signature]*     Date/Time **8/25/06 0845** |
| Noted by: *[signature]* Date: 9/6/06 Time: 1200 | VO S Ott/Rebecca Venter RN 9/6/06 1150 Continue c̄ previous Excedrine Migraine order ie. 1 tab TID PRN until 11/18/06 but maximum of 8 tabs/wk. Rebecca Venter |
| | M.D. Signature *[signature]*     Date/Time **9/6/06** |

rv 03/04

**CORRECTIONAL MEDICAL SERVICES, Inc.**

**PHYSICIANS' ORDERS**

Name: Boore, William

D.O.B. 12/30/44

Location: DCC

ID# 256158

Allergies: Seafood

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |

Dietician to see I/M
RE: Dble portions ? does pt
need it — done
✓ weights weekly x 8 wks. plse pull
chart for MD review

M.D. Signature _____ Date/Time 7/17/06

Tylenol 325mg po (2) BID x 90 days
Analgesic Balm tr au BID x 30 days
Metoprolol 25mg po QD x 120 days
Hytrin 2mg po QHS x 120 days
MVI tab po QD x 120 days
ECASA 81mg po QD x 120 days

M.D. Signature _____ Date/Time 7/18/06

Sterile Eye soln Visine BID x 120 days
Artificial tear 2 gtts BID x 120 days
Lubriderm Cream apply BID x 120 days 1 jar
A+D ointment apply BID x 120 days 1 jar
CPM 4mg po BID x 120 days
Selenium Sulfide Shampoo 2 bottle/month x 120 day

M.D. Signature _____ Date/Time 7-18-06

Chem 24, Lipid Panel, TSH, T3, T4, Free T4
Nitropatch 0.4mg/hr on in AM remove in pm x 120 days
Synthroid 0.075 mg po QD x 120 days
Double Portion c snack AM + PM x 90 days
Ephedrine Migraine tab T10 prn x 120 days

M.D. Signature _____ Date/Time 7/18/06

CORRECTIONAL MEDICAL SERVICES
CHRONIC CARE CLINIC DOCUMENTATION

| Name Booze William | ID Number 256158 | Age 65 | ☐M ☐F |

Clinic (check applicable) ☐Endocrine ☐Cardiovascular/hypertension ☐Pulmonary ☐Infectious Disease ☐Neurology/seizure ☐Gen. Med
☐Other: Hypothyroidism, Goiter, CAD, S/P MI x 3, HTN, Urinary incontinence, migraine HA

**SUBJECTIVE**

① side of body hurting — painful
② numbness/tingling

| Medication Compliance % Yes | Compliant with Exercise ☑Yes ☐No ☐NA | Inhaler use ☐Yes ☐No ☑NA |
| Medication side effects ☐Yes ☑No ☐NA | Exercise Intolerance ☐Yes ☐No ☑NA | Increased ☐Yes ☐No  Ave. Use/Day |
| Last seizure — ☐NA | Weight Loss ☐Yes ☐No ☐NA | Diet Compliance ☐Yes ☐No ☐NA |
| LMP — ☐NA | Other: | |

**OBJECTIVE**

| BP 102/72 | P 78 | R 16 | T 97 | WT 215 | HT 6'4" | SaO2 ☐NA 97% | Peak Flow ☐NA | Cap BS ☐NA |

HEENT: ☑WNL ☐Document Other  glass eye - Neck - ℞ thyromegaly sl. tender

Heart: ☑Regular no murmur, gallop, rub ☐Document Other

Lungs: ☑CTA bilaterally ☐Document Other

Abd: ☑BS normal, no bruits, soft, non-tender, no masses ☐Document Other

Genital/Rectal: ☐WNL ☐Deferred ☑Document Other  Refused.

Neuro: ☐WNL ☐Document Other

Skin: ☑WNL ☐Document Other

Current Labs ☐None ☑Current Labs Reviewed ☐WNL ☑Abnormal(s) noted Describe: Reviewed c̄ pt

**ASSESSMENT**

Diagnosis: Stable

| Patient Response ☑Good ☐Fair ☐Poor |
| Overall Assessment of Patient's Condition ☐Improved ☑Unchanged ☐Worsened |

## PLAN

Medications ☐ Continue current therapy ☐ Change therapy List changes:

Diagnostic Studies: ☐ CBC ☑ SMA 12 ☑ Lipids ☐ HgbA₁C ☐ Viral Load ☐ CD₄ ☐ Hepatitis Screen ☐ LFT ☐ UA ☐ Urine Dip Stick
☐ Urine Pregnancy Test ☑ Other List _Thyroid , PSA_
☐ EKG ☐ X-ray List:

Diet ☐ Yes List Type _____ ☑ NA  Comments: ___ ✓PPD ordered tetanus shot ✓ordered

Vaccines: Flu ☐ Current ☐ Not Indicated ☑ Ordered ☐ Refused   Pneumococcal Pneumonia ☐ Current ☐ Not Indicated ☐ Ordered ☐ Refused

## PATIENT EDUCATION

| | |
|---|---|
| ☑ Disease etiology, complications, prognosis | ☑ Medication Side Effects, Dosage and Actions |
| ☐ Self care and Life Style Changes | ☐ Smoking Cession Encouraged |
| ☐ Foot care | ☐ Skin care |
| ☑ Diet and weight loss | ☑ Exercise |
| ☐ Inhaler use | ☐ Instructed to sign up for sick call as needed |
| ☐ Other List | ☐ Other List |
| ☑ Patient verbalized understanding of education | ☐ Patient resistant to education |

## NEXT VISIT

Next CCC Visit: ☐ _____ Weeks ☑ _3_ Months

☑ Problem List Reviewed/Updated          ☐ Plan of Care Reviewed/Revised

## REFERRALS

☐ None indicated ☑ List

## Progress Notes

Weights Qmonth
thyroid ultrasound

| Signature/Title | Date | Time |
|---|---|---|
| _[signature]_ | 10/20/06. | 10 am |

| Reviewed by/Title | Date | Time |
|---|---|---|
| | | |

PLAN

Medications ☐Continue current therapy ☐Change therapy List changes:

*repeat RX*

Diagnostic Studies: ☐CBC ☐SMA 12 ☐Lipids ☐HgbA₁C ☐Viral Load ☐CD₄ ☐Hepatitis Screen ☐LFT ☐UA ☐Urine Dip Stick ☐Urine Pregnancy Test ☐Other List ☐EKG ☐X-ray List:

*labs ordered ~*

Diet ☐Yes List Type                          ☐NA  Comments:

Vaccines: Flu ☐ Current ☐Not Indicated ☐Ordered ☐Refused   Pneumococcal Pneumonia ☐ Current ☐Not Indicated ☐Ordered ☐Refused

PATIENT EDUCATION

| | |
|---|---|
| ☐ Disease etiology, complications, prognosis | ☐ Medication Side Effects, Dosage and Actions |
| ☐ Self care and Life Style Changes | ☐ Smoking Cession Encouraged |
| ☐ Foot care | ☐ Skin care |
| ☐ Diet and weight loss | ☐ Exercise |
| ☐ Inhaler use | ☐ Instructed to sign up for sick call as needed |
| ☐ Other List | ☐ Other List |
| ☐ Patient verbalized understanding of education | ☐ Patient resistant to education |

NEXT VISIT

Next CCC Visit: ☐ _____ Weeks ☐ _____ Months

☐Problem List Reviewed/Updated          ☐ Plan of Care Reviewed/Revised

REFERRALS

☐ None indicated  ☐ List

Progress Notes

*will need to c̄ Dr Szalai*
*after labs / or / US done —*



*\* Im States today : not agreeable to surgery ---*
*To discuss after visit c̄ Dr Szalai*

| Signature/Title | | Date | Time |
|---|---|---|---|
| *LMM* | | *1/15/07* | |
| Reviewed by/Title | | Date | Time |

CORRECTIONAL MEDICAL SERVICES
CHRONIC CARE CLINIC DOCUMENTATION

| Name: Boyce William | ID Number 256158 | Age | ☐ M ☐ F |
|---|---|---|---|

Clinic (check applicable) ☐Endocrine ☐Cardiovascular/hypertension ☐Pulmonary ☐Infectious Disease ☐Neurology/seizure ☐Gen. Med
☐Other: _goiter / hypothyroid / CAD - HTN_

**SUBJECTIVE**

① IM has multiple complaints re list of meds / eye / abd / knee moles —

② Stable symptoms re goiter (compression) seen Dr Szalai → deferred surgery

③ Lesion R Henwall = gradual fut can few weeks. Booked for Chenwall U/C

| Medication Compliance % | Compliant with Exercise ☐Yes ☐No ☐NA | Inhaler use ☐Yes ☐No ☐NA |
|---|---|---|
| Medication side effects ☐Yes ☐No ☐NA | Exercise Intolerance ☐Yes ☐No ☐NA | Increased ☐Yes ☐No  Ave. Use/Day |
| Last seizure ☐NA | Weight Loss ☐Yes ☐No ☐NA | Diet Compliance ☐Yes ☐No ☐NA |
| LMP ☐NA | Other: | |

**OBJECTIVE**

| BP 140/88  146/80 | P 88 | R 16 | T 98¹ | WT 224.8 | HT | SaO₂ ☐NA  98% | Peak Flow ☐NA | Cap BS ☐NA |
|---|---|---|---|---|---|---|---|---|

HEENT: ☑WNL ☐Document Other     large goiter R >> L —     Rt ear

Heart: ☑Regular no murmur, gallop, rub ☐Document Other     S₁ S₂ ⊕ —     mottling

Lungs: ☑CTA bilaterally ☐Document Other     clear

Abd: ☑BS normal, no bruits, soft, non-tender, no masses ☐Document Other

Genital/Rectal: ☐WNL ☑Deferred ☐Document Other

Neuro: ☑WNL ☐Document Other

Skin: ☐WNL ☑Document Other     ② lnr 3½ x 3 cm
s.c. lesion RC Henway
firm adherent to
skin c muscle coloration

Current Labs ☐None ☐Current Labs Reviewed ☐WNL ☐Abnormal(s) noted Describe:
_staff or away_

**ASSESSMENT**
Diagnosis: hypothyroid / large goiter / lesion Henway —

Patient Response ☑ Good  ☐ Fair  ☐ Poor
Overall Assessment of Patient's Condition ☐ Improved  ☑ Unchanged  ☐ Worsened

# Chronic Disease Clinic Follow-Up

| Inmate Name: Booze, William |
| Number: 256158 | Institution: DCC |

**List chronic diseases:**

| 1) HTN | 3) CAD - | 5) |
| 2) Goiter / Hypothyroid | 4) | 6) |

**Attach pharmacy profile or list current medications:**
ASA ? - AM - Synthroid 0.075 - Metoprolol - mvi
Nitro 0.4 patch - Selsun - Hytrin 2mg hs -

**Subjective:**

| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week? | Weight loss/gain ↓ ↑    #lbs |
| CV/hypertension (Y/N): Chest pain?    SOB? | Palpitations?    Ankle edema? |
| HIV/HCV (Y/N): Nausea/vomiting? | Abdominal pain/swelling?    Diarrhea?    Rashes/lesions? |

For all diseases, since last visit, describe new symptoms:
* upset today - only want to talk about R not being
flat anymore - paranoia ideation - not sure he wants to
have goiter surgery - "they will have me killed"

**Patient adherence (Y/N):** with medications?_____    with diet?_____    with exercise?_____

**Vital signs:** Temp_____    BP_____    Pulse_____    Resp_____    Wt 223    PEFR_____    INR_____
**Labs:** Hgb A1C_____    HIV VL_____    CD4_____    Total Chol_____    LDL_____    HDL_____    Trig_____
**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| HEENT/neck: large goiter / non tender | Extremities: |
| Heart: S1 & S2 rhy | Neurological: |
| Lungs: Clear | GU/rectal: |
| Abdomen: ✓ | Other: |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
| | | G | F | P | NA | I | S | W | NA |
| 1 | HTN | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2 | Goiter - Hypothyroid - | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 3 | CAD - | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: _____
Diagnostics: _____
Labs: _____
Monitoring:  BP: ✓ X day/week/month    Glucose:___ X day/week/month    Peak flow:_____    Other:_____
Education provided: ☑Nutrition  ☐Exercise  ☐Smoking  ☐Test results  ☑Medication management  ☐Other:_____
Referral (list type): Specialist: Cardio / Surgery ✓    Chronic care program: _____
# days to next visit? ☐ 90  ☐ 60  ☑ 30  ☐ Other:_____    Discharged from CCC: [name]_____

| Advance Level Provider Signature: | Date: 4/10/07 |

# CORRECTIONAL MEDICAL SERVICES
## MENTAL HEALTH PROGRESS NOTE

**SUBJECTIVE:**

Face to face contact with client ☐ in office ☑ cell-side ☐ group ☐ on unit ☐ other: _____

Reason for contact: ☐ sick call ☐ RMHV ☑ referral ☐ crisis ☐ 1:1 counseling ☐ evaluation

Statements/events: I/m was referred to MH by Medical on 4/4/07 stating that the I/m had paranoid ideation. On 4/14/07 MH staff went to see the I/m but he was out in the Gym. The I/m was seen on 4/16/07

_____

_____

_____

_____

_____

_____

☐ Reports taking psychotropic meds as prescribed  ☐ Not compliant with meds due to _____

☑ None prescribed at this time  Side effects: ☐ No ☐ Yes, describe: _____

☐ Chart reviewed ☐ Yes ☐ No, reason: _____

**OBJECTIVE :**

**Appearance:** ☑ Neat/clean ☐ Disheveled ☐ Well-nourished/developed ☐ Cooperative ☐ Uncooperative ☐ Hostile ☐ Oppositional ☐ Guarded

**Psychomotor:** ☑ Normal ☐ Retarded ☐ Unsteady gait ☐ Tremor ☐ Abnormal movements ☐ Rigidity ☐ Restless ☐ Agitated ☐ Grimacing

**Speech:** ☑ Normal ☐ Nonspontaneous ☐ Slowed ☐ Monotone ☐ Pressured ☐ Slowed ☐ Monotone ☐ Word finding difficulties
☐ Limited vocabulary ☐ Disorganized ☐ Dysarthria ☐ Dysphasia ☐ Mute ☐ Rapid ☐ Pressured

**Mood:** ☑ Appropriate ☐ Stable ☐ Euthymia ☐ Depressed ☐ Irritable ☐ Anxious ☐ Fearful ☐ Euphoric

**Affect:** ☑ Appropriate ☐ Depressed ☐ Angry ☐ Dysphoric ☐ Inappropriate ☐ Blunted ☐ Flat ☐ Expansive ☐ Tearful ☐ Anxious
☐ Confused ☐ Fearful ☐ Irritable

**Thought Process:** ☑ Goal-directed ☐ Coherent ☐ Logical ☐ Circumstantial ☐ Tangential ☐ Looseness of Associations ☐ Thought Blocking ☐ Clang associations ☐
Neologisms ☐ Perseverations ☐ Rambling ☐ Flight of Ideas

**Thought Content:** ☑ Appropriate ☐ Delusion ☐ Phobia ☐ Compulsion ☐ Obsessions ☐ Suicidal ideations ☐ Homicidal ideations
☐ Thought Broadcasting ☐ Thought Poverty ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia
☐ Helplessness ☐ Hopelessness

**Sensorium:** ☑ Awake ☐ Clouded ☐ Confused ☐ Stuporous ☐ Memory – Intact/Impaired

**Perception:** ☑ Intact ☐ Hallucinations ☐ Auditory ☐ Visual ☐ Tactile ☐ Olfactory ☐ Gustatory ☐ Illusions

**Insight:** ☑ Good ☐ Impaired     **JUDGMENT:**     ☑ Good ☐ Impaired

Site: **DCC**     Inmate Name: **Booze, William**     SBI: **256158**

**Observations:** The I/m was very loud when he came into the interview room stating that he does not need MH.

| Axis I | Axis I | Axis I | Axis I | Axis I | Axis II |
|---|---|---|---|---|---|
| V 65.2 Malingering | 296.34 MDDw/psy | 314.9 ADHD | 293.82 Subs ind psy | 305.20 Cann Abuse | 301.83 Borderline PD |
| 309.0 Adj DO, Dep | 311 Dep DO NOS | 312.30 Imp Cont DO | 298.9 Psych NOS | 304.00 Opioid Dep | 301.7 Antisocial PD |
| 309.24 Adj DO, Anx | 296.80 Bipolar DO | 295.30 Clr Schiz,par | 303.90 ETOH Dep | 304.20 Cocaine Dep | 319 MR, Unspec |
| 309.28 Adj DOMixed | 300.02 GAD | 295.90 Clr Sch undif | 305.00 ETOH Abuse | 304.50 Hall Dep | V71.09 None |
| 296.33 MDD, w/o psy | 309.81 PTSD | 295.70 Schizoaffect | 304.30 Cann Dep | 304.80 Poly sub Dep | 799.9 Deferred |

## ASSESSMENT: Diagnostic Impression

**AXIS I:** ☐ _____

**AXIS II:** ☐ _____

**AXIS III:** ☐ Unknown ☐ None

**Optional: AXIS IV:** _____    **AXIS V: Current GAF** _____

**Additional Assessment Comments:** I/m reported that he sued three nurses because they messed-up his medications He said, "I am a lawyer and I spent 32 yrs in the military & these did not diagnose me with mental problem then & I don't have none now." This I/m is not currently on psychotropic medications.

**PLAN:**
☑ Has been educated on how to contact Mental Health PRN
☐ Schedule follow up with mental health clinician within _____ days
☐ Continue working on treatment plan goals as written
☐ Treatment Plan revision completed today
☐ Refer to psychiatrist for Psych. Eval/Med Review
☐ Obtain additional information from _____
☐ Place in infirmary on psychiatric observation Level _____
☐ Refer for placement on the mental health unit
☐ Other: _____

**CLINICIAN SIGNATURE / TITLE:** Henry M. Telo Jr. MSW  **Date:** 4/16/07  **Time:** 13:25pm

**Site:** DCC    **Inmate Name:** Booze, William  **SBI:** 256158

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

| D O C T O R | CMS DELAWARE 1181 PADDOCK RD SMYRNA, DE 19977 (302) 653-9261 (D0307-6) | DOB: 12/30/1946 | M H 4 |
| --- | --- | --- | --- |

-FINAL- Original Report 04/04/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | | |
| --- | --- | --- | --- | --- | --- |
| BOOZE, WILLIAM | 256158 | DESROSIER | | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 104148127 | 04/03/2007 | 04/03/2007 03:42 | 4/4/2007 07:01 | 60 Y | M |

| Test Description | Result | Abnormal | Reference Range |
| --- | --- | --- | --- |

--------------------------------* HEMATOLOGY *-------------------------------

| PROTIME | 11.4 | | 10.1-13.6sec |
| INTR.NORM.RATIO(INR) | | 0.99 LO | 2.00-3.00 |
| P.T.T. | 33.7 | | 23.8-35.1sec. |

**********************************************************************

| CLINICAL INDICATIONS FOR INR USE | REFERENCE RANGE |
| --- | --- |
| Prophylaxis or treatment of venous thrombosis, systemic embolization, or treatment of pulmonary embolus. | 2.0 - 3.0 (therapeutic range) |
| High-risk patients with mechanical heart valves. | 2.5 - 3.5 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

NOTE: INR values below 2.0 in patients on warfarin therapy would
be considered sub-therapeutic for the above conditions.
Normal subjects NOT treated with warfarin will have INR values
in the range of:                                    0.87 - 1.19

                        Final Report                    Page: 1

4/6/07

James Weisberger, M.D.
Laboratory Director



1181 Paddock Road
Smyrna Delaware 19977
302-653-9261 Ext. 2862
FAX: 302-653-2607

# Fax



| **To:** Mary | **From:** Becky @ DCC |
|---|---|
| **Fax:** 674 2607 | **Pages:** 4 including cover |
| **Phone:** 6539261 ext 2857 | **Date:** 3/16/07 |
| **Re:** Booze labs | **CC:** |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:**

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

| D O C T O R | CMS DELAWARE<br>1181 PADDOCK RD<br>SMYRNA, DE 19977<br>(302) 653-9261   (D0307-6) | DOB: 12/30/1946<br><br>-FINAL- Original Report 03/07/2007 |
|---|---|---|

mh22

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | |
|---|---|---|---|---|
| BOOZE, WILLIAM | 256158 | DR. RODGERS | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 103882915 | 03/06/2007 | 03/06/2007 02:36 | 3/7/2007 07:00 | 60 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

----------------------* CHEMISTRY *--------------------------------

| | | | | |
|---|---|---|---|---|
| Total Protein | 7.0 | | 5.9-8.4 | gm/dl |
| Albumin | 4.3 | | 3.2-5.2 | gm/dl |
| Globulin | 2.7 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.6 | | 1.1-2.9 | |
| Glucose | 80 | | 70-109 | mg/dL |
| Sodium | 142 | | 133-145 | mmol/L |
| Potassium | 4.3 | | 3.3-5.3 | mmol/L |
| Chloride | 107 | | 96-108 | mmol/L |
| CO2 | 26 | | 21-29 | mmol/L |
| BUN | 13 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 13 | | 10-28 | |
| Calcium | 9.5 | | 8.4-10.4 | mg/dl |
| Uric Acid | 6.8 | | 2.4-7.0 | mg/dl |
| Iron | 59 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.3 | | 0.1-1.0 | mg/dl |
| LDH | | 257 HI | 94-250 | u/l |
| Alk Phos | 98 | | 39-120 | u/l |
| AST (SGOT) | 36 | | < 37 | u/l |
| Phosphorous | 4.4 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 27 | | < 40 | u/L |
| G-GTP | 30 | | 7-51 | u/L |
| Cholesterol | 156 | | < 200 | mg/dl |
| Triglycerides | 151 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 45 | | >35 | mg/dl |
| HDL as % of Cholesterol | 29 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 3.47 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.8 | | 0-3.55 | |
| LDL Cholesterol | 81 | | < 100 | mg/dL |

****************************************************************
* GFR, Estimated = 80.95 mL/min/1.73m2

Continued on Next Page                    Page: 1

3/9/07

# BIOREFERENCE LABORATORIES

**481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407**
**1-800-229-LABS**

| DOCTOR | | |
|---|---|---|
| CMS DELAWARE | | |
| 1181 PADDOCK RD | | |
| SMYRNA, DE  19977 | DOB: 12/30/1946 | |
| (302) 653-9261   (D0307-6) | | |
| | -FINAL- Original Report 03/07/2007 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP |
|---|---|---|
| BOOZE, WILLIAM | 256158 | DR. RODGERS |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 103882915 | 03/06/2007 | 03/06/2007 02:36 | 3/7/2007 07:00 | 60 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
        \*\*\*\*\* Male/Female reference range:  >60 mL/min/1.73 m2 \*\*\*\*\*
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

---------------------------\* HEMATOLOGY \*---------------------------

| | | | | |
|---|---|---|---|---|
| WBC | 4.4 | | 3.40-11.80 | x10(3) |
| RBC | 4.7 | | 4.20-5.90 | x10(6) |
| HGB | 13.9 | | 12.3-17.0 | gm/dl |
| HCT | 42.8 | | 39.3-52.5 | % |
| MCV | 91.6 | | 80.0-100.0 | FL |
| MCH | 29.8 | | 25.0-34.1 | pg |
| MCHC | 32.5 | | 30.0-35.0 | gm/dl |
| RDW | 15.1 | | 10.9-16.9 | % |
| POLYS | | 29 LO | 36-78 | % |
| LYMPHS | | 57 HI | 12-48 | % |
| EOS | 2 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 11 | | 0-13 | % |
| Platelet Count | 214 | | 144-400 | x10(3) |
| PROTIME | 11.3 | | 10.1-13.6sec | |
| INTR.NORM.RATIO(INR) | | 0.98 LO | 2.00-3.00 | |
| P.T.T. | 31.3 | | 23.8-35.1sec. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| CLINICAL INDICATIONS FOR INR USE | REFERENCE RANGE |
|---|---|
| Prophylaxis or treatment of venous thrombosis, | 2.0 - 3.0 |
| systemic embolization, or | (therapeutic range) |
| treatment of pulmonary embolus. | |
| High-risk patients with mechanical heart valves. | 2.5 - 3.5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTE: INR values below 2.0 in patients on warfarin therapy would
      be considered sub-therapeutic for the above conditions.
      Normal subjects NOT treated with warfarin will have INR values
      in the range of:                          0.87 - 1.19

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

| DOCTOR | |
|---|---|
| CMS DELAWARE<br>1181 PADDOCK RD<br>SMYRNA, DE  19977<br>(302) 653-9261   (D0307-6) | DOB: 12/30/1946<br><br>-FINAL- Original Report 03/07/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | |
|---|---|---|---|---|
| BOOZE, WILLIAM | 256158 | DR. RODGERS | | |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 103882915 | 03/06/2007 | 03/06/2007 02:36 | 3/7/2007 07:00 | 60 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

-------------------------* MISCELLANEOUS *-----------------------------

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|
| TSH | 0.341 | | 0.27-4.2 uIU/mL |
| THYROXINE(T4) | 8.4 | | 4.5-12.0 ug/dL |
| T3 UPTAKE | 32.9 | | 24.3-39 % |
| THYROXINE,FREE(FT4) | 1.17 | | 0.93-1.7 ng/dL |
| FREE T4 INDEX | 2.8 | | 1.1-4.5 |

Final Report                              Page: 3

w 3/9/07

# CMS
**DEDICATED PEOPLE**
**MAKING A DIFFERENCE**
Correctional Medical Services

L   NOSTIC LABORATORY REQUISITION

**BioReference**
LABORATORIES
481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407-0621
**1-800-229-5227**

DELAWARE MAN SEC.COM(6365
1181 PADDOCK RD
SMYRNA   DE   19977
302-653-9261   DO307-6   FX

| | |
|---|---|
| Last Name: BOOZE | First Name: WILLIAM | Date Collected: 5/0/0/ |
| Inmate ID: 256158 | Date of Birth: 12-30-46   Age:   Sex: M | Time Collected: |
| Ordering Physician: Rodgers | Ordering Physician # | ☒ Fasting   ☐ Non-Fasting |
| Dx 1 (ICD-9)   Dx 2 (ICD-9)   Dx 3 (ICD-9)   Dx 4 (ICD-9) | | Urine vol/hrs |

☐ Dx 5 Hepatitis C (070)          ☐ Dx 6 HIV/AIDS (042)          ☐ Dx 7 Psych (294)

Comments (PAP, LMP and additional information)

## ONE OF THE FOLLOWING BOXES MUST BE CHECKED

☒ Inmate (CMS responsibility)        ☐ INS Inmate                    ☐ CMS Employee
☐ Federal Inmate                     ☐ Other Inmate (not CMS responsibility)   ☐ Non-CMS Employee

### PANELS
☐ 0005-9   Chem 24 (S)
☒ 1076-9   CMP12 + 8AC + CBC/D/Plt. (S,L)
☐ 3422-3   Hepatic Function Panel (S)
☒ 3283-9   Hepatitis Panel, Acute (S)
☐ 0099-1   Lipid Panel (S)
☐ 0007-5   Thyroid Panel with TSH (S)
☐ 0010-9   Prenatal Profile I (w/Hep B Surface Antigen) (S,R,L)

### MICROBIOLOGY
☐ 1002-5   AFB Culture & Smear (S)
☐ 0082-8   Wound Culture (Cult)
☐ 0341-8   Blood Culture, Routine (2 Bact)
☐ 0077-8   Culture, Stool (Stool)
☐ 0123-0   Fungus (Mycology) Culture* (Cult)
☐ 0109-9   Herpes Simplex Virus (HSV), Types I/II, IgG (S)
☐ 6119-2   MRSA Screen Only (Cult)
☐ 0122-2   Occult Blood, Stool (Card)
☐ 0377-2   Ova and Parasites, Stool (O&P)
☐ 1989-3   Trichomonas Culture (DM)
☐ 0080-2   Urine Culture, Routine (Bor)
*Source _____

### INFECTIOUS DISEASE
☐ 1763-2   Helper T-Lymphocyte Marker CD4/CD8 (L,G)
☐ 0107-3   Hepatitis B Surface Antibody (S)
☐ 0812-8   Hepatitis C Virus Antibody (S)
☐ 0360-8   HIV-1/2 Ab (S)
☐ 0142-0   RPR (S)
☐ 2444-8   HIV-1, RNA, QUANT (bDNA) (W)

### CLINICAL TESTS
☐ 0147-9   ALT (S)
☐ 0025-7   Alpha-Fetoprotein (AFP), Tumor Marker (S)
☐ 0509-0   Amitriptyline, Serum (R)
☐ 0036-4   Amylase (S)
☐ 0038-0   ANA (S)
☐ 0146-1   AST (S)
☐ 0327-7   Beta HCG, Quantitative (S)
☐ 3800-0   Chlamydia/Gonococcus, by DNA Probe (Probe)
☐ 0399-6   CBC, with Differential (L)
☐ 0083-6   Digoxin (R)
☐ 0084-4   Dilantin (Phenytoin) (R)
☐ 0194-1   Doxepin (R)
☐ 0088-5   Ferritin (S)
☐ 9081-1   Gentamicin (Garamycin), Peak & Trough (2 R)
☐ 0095-0   Glucose, Fasting (Gy)

### CLINICAL TESTS (cont.)
☐ 1100-7   Pap Smear (slide)
☐ 1765-7   H. Pylori, IgG (S)
☐ 0104-0   Hgb+Hct (L)
☐ 0102-4   HgbA1C (L)
☐ 0250-1   Iron and TIBC (S)
☐ 0521-5   Lipase (S)
☐ 0119-8   Lithium (Eskalith) (R)
☐ 3171-6   Microalbumin (24hr U)
☐ 0228-7   Microalbumin, Random (CP)
☐ 0289-9   Phenobarbital (Luminal) (R)
☐ 0128-9   Platelet Count (L)
☐ 0129-7   Potassium (S)
☐ 0133-9   Pregnancy Test (S)
☐ 0137-0   Prothrombin Time (PT) (BL)
☐ 0190-9   PSA (S)
☐ 0139-6   PTT (BL)
☐ 0141-2   Retic Count (L)
☐ 0086-9   Sedimentation Rate (ESR) (L)
☐ 0380-6   Theophylline (R)
☐ 0154-5   Tegretol (Carbamazepine) (R)
☐ 0153-7   TSH (S)
☐ 0091-9   Thyroxine (T4) Free (S)
☐ 0552-0   Toxoplasma gondii, IgG (S)
☐ 0459-8   Urinalysis, Routine (U)
☐ 0542-1   Valproic Acid (Depakene) (R)

### OTHER TEST(S) NOT LISTED ABOVE
CBC, CHEM 24, PT/PTT (TSA, T3T4,
THYROID STUDY

### INTERNAL CONTROL (LAB USE ONLY)
| L-LAV | CULTURETTE | R-RED | S-SST | GY-GREY | BL-BLUE |
|---|---|---|---|---|---|
| GR-GREEN | Y-YELLOW | W-CVM | BLD. CUL | THINPREP VIAL | VIRAL CUL |
| O&P | DM-DIAMONDS MEDIA | FS-FROZ SPEC | SLIDE | PROBETEC | FORMALIN JAR |
| RAND URN. (CUP) | 24-HOUR URINE | U-URN TUBE | TIMED URINE | BOR-BORICULT | OCCULT BLD |

vol = _____

**LAB I.D. NO.**

DO307        DO307        DO307        DO307        DO307
605253       605253       605253       605253       605253
             605253                   605253

| Test Type | Prior Authorization Required? | Prior Authorization Obtained? |
|---|---|---|
| ☐ Routine   ☐ Stat | ☐ Yes   ☐ No | ☐ Yes   ☐ No |



Bldg 22

# CONSULTATION REPORT

DATE __02/16/2007__

PATIENT **BOOZE, WILLIAM**    256158    AGE 12/30/1946

ADDRESS    1181 PADDOCK ROAD, SMYRNA, DE 19977

REFERRED BY DR    Frederick P. Van Dusen, D.O.    NO    62612    288618    SEX    M

**CLINICAL INFORMATION:    CHEST WALL MASS**

**CT CHEST**

~~7mm thickness computerized axial cuts of entire chest are obtained after intravenous administration of contrast~~ material.

Computerized axial tomography shows 2.8cm fairly well defined low density right upper anterior chest wall mass just superficial but distinctly separate from the corresponding pectoralis major muscle. Part of this mass is closely applied to the under surface of the skin and based on joystick reading most likely represents benign lipoma and less likely sebaceous cyst. There is also seen remarkable enlargement of thyroid gland with grossly altered texture , retrosternal extension and displacement of trachea to the right.  The left lobe is considerably larger than the right lobe.  There is also seen underlying COPD with bilateral mild to moderate interstitial fibrosis and couple of tiny nonspecific peripherally located nodules in each upper lobe. There is however no disturbing lung mass or any hilar-mediastinal lymphadenopathy. The tracheobronchial tree is patent and intact. There is no pleural effusion.

A few axial cuts of the upper abdomen show normal visualized portions of liver.

IMPRESSION:  1)  There is seen 2.8cm fairly well defined low density mass at right upper anterior chest wall without any infiltration of surrounding fat. This mass is superficial and distinctly separate from the corresponding pectoralis major muscle.  Based on joystick reading this most likely represents benign lipoma and less likely complex sebaceous cyst.

2)  There is seen remarkable enlargement of thyroid gland with grossly altered texture, retrosternal extension and right lateral displacement of trachea representing goiter.

3)  There is seen underlying COPD with bilateral mild to moderate interstitial fibrosis and couple of tiny nonspecific peripherally located nodules in each upper lobe.

There is no disturbing lung mass, hilar-mediastinal lymphadenopathy or pleural effusion.

Water soluble non-ionic 150cc of Ultravist 300 contrast material was used in view of history of emphysema.

Thank you for referring this patient.

This report was transcribed and faxed to DCC on  2/19/07

Mahendra Parikh, M.D.

2/28/07

MP/par



**CONSULTATION REPORT**

Bldg. 22

DATE 02/01/2007

PATIENT __BOOZE, WILLIAM__    256158    AGE __12/30/1946__

ADDRESS __1181 PADDOCK ROAD, SMYRNA, DE  19977__

REFERRED BY DR. __Frederick P. Van Dusen, D.O.__    NO. __62612    287854__    SEX __M__

**CLINICAL INFORMATION:    ENLARGING GOITER**

CT NECK

Axial images were obtained following intravenous administration of 150cc of Ultravist 300 contrast material.

The study results confirm marked enlargement of the thyroid.  In addition, there is a large substernal component extending inferiorly from the left thyroid lobe to the level of the aortic arch.  The trachea and esophagus are both moderately displaced to the left.  Multiple hypo-attenuating nodules are present throughout both thyroid lobes.  In addition, there is calcification at the inferior aspect of the enlarged left thyroid lobe. Findings are consistent with the supplied diagnosis of multigoiter.

In other respects, the submandibular and parotid glands appear unremarkable.  There are no additional neck masses identified.  There are no sites of pathologic lymphadenopathy.

The vocal fold region appears normal.  No lesions are seen in the supraglottic or subglottic pharynx.

IMPRESSION:  Huge multinodular thyroid goiter with substernal extension.

Thank you for referring this patient.

This report was transcribed  and faxed to DCC on  2/05/07

_pull chart_
_GN 2/28/07_

James Miller M.D.

jm/par



# CONSULTATION REPORT

**Mid-Delaware Imaging**
incorporated
710 South Queen Street
Dover, Delaware 19904
307-734-9888

Bldg. 22

DATE 02/01/2007

PATIENT  BOOZE, WILLIAM     256158     AGE 12/30/1946

ADDRESS  1181 PADDOCK ROAD, SMYRNA, DE 19977

REFERRED BY DR  Frederick P. Van Dusen, D.O.          NO  62612   287854   SEX      M

CLINICAL INFORMATION:     ENLARGING GOITER

CT NECK

Axial images were obtained following intravenous administration of 150cc of Ultravist 300 contrast material.

The study results confirm marked enlargement of the thyroid. In addition, there is a large substernal component extending inferiorly from the left thyroid lobe to the level of the aortic arch. The trachea and esophagus are both moderately displaced to the left. Multiple hypo-attenuating nodules are present throughout both thyroid lobes. In addition, there is calcification at the inferior aspect of the enlarged left thyroid lobe. Findings are consistent with the supplied diagnosis of multigoiter.

In other respects, the submandibular and parotid glands appear unremarkable. There are no additional neck masses identified. There are no sites of pathologic lymphadenopathy.

The vocal fold region appears normal.   No lesions are seen in the supraglottic or subglottic pharynx.

IMPRESSION:  Huge multinodular thyroid goiter with substernal extension.

Thank you for referring this patient.

This report was transcribed and faxed to DCC on 2/05/07

Faxed to
Dr. Szalai
2/12/07

N 2/9/07

James Miller M.D.

jm/par

EXHIBIT C

| Incident# | **DCC Delaware Correctional Center** | Date: 05/08/2007 |
|---|---|---|
| 1032430 | Smyrna Landing Road | |

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 05/14/2006 | Time: 09:30 | Confidential: No |
|---|---|---|---|---|

Facility: DCC Delaware Correctional Center                     Followup Required : No

Associated Disciplinary Report #(s) 1024975

Incident Location: Bldg 22 C Tier

Location Description: Cell Lower 12

Violated Conditions: 2.03/200.106 Creating a Health, Safety or Fire Hazard
　　　　　　　　　　2.10/200.213 Lying
　　　　　　　　　　2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**

May 13 2006 bldg 22 Cell Lower 12 approximately 1600. During medication administration pass I/M Booze informed myself Becky Vliet, that he has been out of all of his medications except for one(1) for weeks. He showed me empty bottles, cards, and boxes. Thirty days of one such medication was administered on 4/15 by me personally. I/M Booze was given a sufficient amount to self medicate through today. Additionally, according to medical documentation, I/M Booze should still have at least another 30 days of four other medications. Some of the medications Mr. Booze claims he is supposed to be getting were stopped more than a month ago by Dr. Rodgers. Mr. Booze was informed of the changes by nursing staff at that time, however, he continues to have security staff inform nurses that he is out of these medications. These claims then have to be researched by nursing staff which is wasting time. Allowing this to continue may result in Mr. Booze not receiving the proper medications which are ordered to be given to him due to Security and Medical staff continually being told these lies. Also, if Mr. Booze is hoarding medications and/or giving them to someone else, it could cause a risk to himself and those around him who might find/receive and take them.

| Injured Persons | Hospitalized | | Nature Of Injuries |
|---|---|---|---|
| N/A | N/A | N/A | |

Evidence Type: all medication were confinscated and returned to the medical departme          Date Collected: N/A

Discovered By :, N/A                                          Secured By: N/A

Type of Force Used []    PHYSICAL  []    CHEMICAL []    STUN []    OTHER  []    CAPSTUN [X]    NONE

Restraints Used    : N/A

**Immediate Action Taken:**

Lt. Satterfield was notified and report was written.

| Individuals Involved | | | | |
|---|---|---|---|---|
| Person Code | Name | | SBI# | Title |
| Staff | Rebecca, Vliet | | N/A | Contractors - Medical |
| Inmate | William, Booze H | | 00256158 | N/A |

Reporting Officer: Vliet, Rebecca (Contractors - Medical)          Entered By: Vliet, Rebecca (Contractors - Medical)

| Approval Information |
|---|

| [X]  Approved | []  Disapproved | Date: 05/14/2006 | Approved by: Satterfield, James P (Staff Lt./Lt) |
|---|---|---|---|

Comments: all medication were confinscated and returned to the medical department the nurses will now be given him his medication each day.

EXHIBIT D





**CMS**

DEDICATED PEOPLE
MAKING A DIFFERENCE

Correctional Medical Services

William Booze
SBI # 256158  MHU 22 CL 12B
1181 Paddock Road
Smyrna, DE 19977

8 Aug 2006

Dear Mr. Booze,

     I received your letter dated 17 July 2006.  I apologize for my delays in responding to you but I wished to give you a detailed response.

     The Dr. Rogers you refer to is the physician who supervises the medical operations of the MHU and SHU housing areas.   It is an acceptable practice for her to make alterations in care plans based on her knowledge of a subject and current treatment policies and protocols.  I apologize if this was not explained to you.

     The fact that your medications were removed from your cell was done for your safety.  On 24 March 2006; a note in your chart indicates a sick call request for medications, which you had not received for three weeks.  The Correctional and Medical staff on 3/29/06 conducted an inventory of your cell and large amounts of your medications were present.   The medications were returned to you at that time with the understanding that you were responsible for their care.  On 7/12/06 you requested nitroglycerin pills for chest pain.  The nurse offered you the Nitroglyerin patch, which had been prescribed by your physician, but you had refused for the previous 30 days.  This was discussed with the supervising provider who felt that we should administer your medication at this time.   She stated that she had discussed with you and agreed that you would be allowed to continue participation in our "KOP" program with a one-for-one exchange of medications.  This allows us to ensure there is no confusion over which medications you should take or their required dosages.  On 7/9/06 you received the following medications:  Tylenol, Analgesic Balm, Metroprolol, Hytrin, Multi vitamins, Coated Asprin, and your eye solutions.   These items were mistakenly issued to you in their full 120 day quantities.   On 7/17/06 these medications were taken, an inventory performed, and the appropriate 30-day doses returned to you.   Once again; this action is taken for your safety and should not be viewed as punitive in nature.

     I am concerned about the conduct of our staff; Ms Rodweiller is an extremely professional nurse and I have never had a complaint of her telling someone to "die and go to hell".  If you have witnesses to this statement, please provide with their names so I can investigate this claim further.

Your Partner in Healthcare,

Scott S. Altman
Quality Assurance Monitor
Correctional Medical Services

CC: Warden Thomas Carroll
     Medical Record

EXHIBIT E

2 of 5

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Booze William    SBI# 00256158

HOUSING UNIT: P/WC-19 bottom    DATE: 2/13/06    TIME: 2300

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) | |
|------|------------------------|-------|----------|----------------------------|---|
| 19 | Nasacurt AQ Nasal spray | P | 3 | ✓ poor | |
| 20 | Naqri eye wash | P | 4 | ✓ poor | SENT TO HOSP. |
| 21 | Benzoyl Peroxide Gel | P | 4 | ✓ poor | |
| 22 | Effergrip Denture cream | P | 1 | ✓ poor | |
| 23 | Artificial Tear Solution | P | 6 | ✓ poor | |
| 24 | Therapeutic Shampoo | P | 2 | ✓ poor | |
| 25 | Miconazole Nitrate cream | P | 1 | ✓ poor | SENT TO HOSP |
| 26 | Medique Pain Off | P | 2 | ✓ poor | |
| 27 | Medique Sepasoothe throat lozenges | P | 1 | ✓ poor | |
| 28 | Lubrication lotion | P | 2 | | |
| 29 | Antifungal cream | P | 1 | ✓ poor | |
| 30 | Triple Antibiotic Ointment | P | 1 | ✓ poor | biopod recair |
| 31 | Hydrocortisone cream | P | 1 | ✓ poor | |
| 32 | GRX Analgesics balm | P | 1 | ✓ poor | |
| 33 | Green photo book | P | 1 | ✓ poor | |
| 34 | blue photo book | P | 1 | ✓ poor | |
| 35 | band aids | P | 10 | ✓ poor | |
| 36 | Maruchan Hot & Spicy vegetables | P | 2 | ✓ poor | |

c/o S. Benson    4x12    c/o S. Benson

**Officer's Name (Print Clearly)**    **Shift**    **Officer's Signature Who Inventoried Property**

Sgt. Michael W. Bryon SR.    4X12

**Supervisor's Name (Print Clearly)**    **Shift**    **Supervisor's Signature Reviewing Inventory**

PROPERTY ROOM

RECEIVED FEB 1 5 2006

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____

(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____

(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____

(Person Transferring Property)    (Date)    (Time)    (Person Receiving Property)    Unit

Revised: 4/01/03    ** S- State Property    P- Personal Property    FORM# 537-A

**Exhibit F**



# MEDICATION ADMINISTRATION RECORD

**DELAWARE MAXIMUM SECURITY COMP**

DE

Month: March 2007

Facility: E    6365-

| DRUG  DOSE  MODE  INTERVAL  START-STOP | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rx# 13450749
NITROGLYCERIN PATCH 0.4MG/HR PT24 ~TRANSDERM-NITRO~
APPLY EACH MORNING AND REMOVE AT BEDTIME FOR 120 DAYS >> FOR
EXTERNAL USE ONLY <<
PAT: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07

Rx# 13450761
SELENIUM SULFIDE (120ML) 2.5% SHAM ~SELSUN-RX LOTION~
APPLY AS DIRECTED FOR 120 DAYS (2 BOTTLES PER MONTH) >> FOR EXTERNAL
USE ONLY; SHAKE WELL <<
PAT: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07

Rx# 13450763
TERAZOSIN HCL 2MG CAPS ~HYTRIN~
TAKE 1 CAP BY MOUTH AT BEDTIME FOR 120 DAYS >> MAY CAUSE DROWSINESS
<<
PAT: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07

DIAGNOSIS:

ALLERGIES:
Fish Allergy

DOB/INMATE #:
12/30/45    256158

LOCATION:
6365-    MAIN

NAME:
BOOZE, WILLIAM

PharmaCorr

# MEDICATION ADMINISTRATION RECORD

**DELAWARE MAXIMUM SECURITY COMP**    DE

**Facility:** E    **6365-**

**Month:** March 2007

| DRUG DOSE MODE INTERVAL START - STOP | | |
|---|---|---|
| Rx# 13480789<br>ABSORBASE (1200M) CREA ~EUCERIN~<br>APPLY TO AFFECTED AREA TWICE DAILY FOR 120 DAYS >> FOR EXTERNAL USE ONLY <<<br>PRV: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07 | | |
| Rx# 13480808<br>ARTIFICIAL TEARS (15ML) 1.4% OPTH ~LIQUFILM TEARS~<br>INSTILL 2 DROPS INTO AFFECTED EYE TWICE DAILY FOR 120 DAYS<br>PRV: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07 | | |
| Rx# 13480812<br>ASPIRIN EC 81MG TBEC ~ECOTRIN (ASA-EC)~<br>TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >> DO NOT CRUSH <<<br>PRV: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07 | | |
| Rx# 13480814<br>CHLORPHENIRAMINE MAL 4MG TABS ~CHLORTRIMETON~<br>TAKE 1 TAB BY MOUTH TWICE DAILY FOR 120 DAYS >> TAKE WITH FOOD; MAY CAUSE DROWSINESS <<<br>PRV: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07 | | |
| Rx# 13480784<br>EYE WASH IRRG (120ML) OPTH ~DACRIOSE~<br>USE IN AFFECTED EYE TWICE DAILY AS DIRECTED FOR 120 DAYS<br>PRV: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07 | | |
| Rx# 13480781<br>LEVOTHYROXINE SOD 0.075MG TABS ~SYNTHROID~<br>TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >> TAKE ON EMPTY STOMACH <<<br>PRV: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07 | | |
| Rx# 13480720<br>METOPROLOL TART 25MG TABS ~LOPRESSOR~<br>TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >> TAKE WITH FOOD; MAY CAUSE DROWSINESS <<<br>PRV: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07 | | |
| Rx# 13480740<br>MULTIVITAMIN TABS ~ONE-A-DAY VIT~<br>TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS<br>PRV: RODGERS,DALE    START: 02/09/07    STOP: 06/09/07 | | |

**DIAGNOSIS:**

**DO NOT ROP MEDS**

**ALLERGIES:** Fish Allergy

**DOB/INMATE #:** 12/30/45    **256158**

**LOCATION:** 6365-    MAN    22CL-12

**NAME:** BOOZE, WILLIAM

**PharmaCor**

# MEDICATION ADMINISTRATION RECORD

**Facility:** E    6365-    DELAWARE MAXIMUM SECURITY COMP    DE    Month: **February 2007**

| DRUG — DOSE — MODE — INTERVAL — START - STOP |
|---|
| RPh: RODGERS,DALE |
| Ref# 12870608 — ABSORBASE (120GM) CREA —EUGERIN— APPLY TO AFFECTED AREA TWICE DAILY FOR 120 DAYS — START: 10/23/2006 — STOP: 02/20/2017 |
| RPh: RODGERS,DALE |
| Ref# 12870903 — ARTIFICIAL TEARS (15ML) 1.4% OPTH —LIQUIFILM TEARS— INSTILL 2 DROPS INTO AFFECTED EYE TWICE DAILY FOR 120 DAYS — START: 10/23/2006 — STOP: 02/20/2017 |
| RPh: RODGERS,DALE |
| Ref# 12870637 — ASPIRIN EC 81MG TBEC —ECOTRIN (ASA-EC)— TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS — START: 10/23/2006 — STOP: 02/20/2017 |
| RPh: RODGERS,DALE |
| Ref# 12870610 — CHLORPHENIRAMINE MAL 4MG TABS —CHLORTRIMETON— TAKE 1 TAB BY MOUTH TWICE DAILY FOR 120 DAYS — START: 10/23/2006 — STOP: 02/20/2017 |
| RPh: RODGERS,DALE |
| Ref# 12870640 — EYE WASH/IRRG (120ML) OPTH —DACRIOSE— USE TWICE DAILY FOR 120 DAYS — START: 10/23/2006 — STOP: 02/20/2017 |
| RPh: RODGERS,DALE |
| Ref# 12870520 — METOPROLOL TART 25MG TABS —LOPRESSOR— TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS — START: 10/23/2006 — STOP: 02/20/2017 |
| RPh: RODGERS,DALE |
| Ref# 12870533 — MULTIVITAMIN TABS —ONE-A-DAY VIT— TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS — START: 10/23/2006 — STOP: 02/20/2017 |
| RPh: RODGERS,DALE |
| Ref# 12870548 — NITROGLYCERIN PATCH 0.4MG/HR PT24 —TRANSDERM-NITRO— APPLY EACH MORNING AND REMOVE EACH EVENING FOR 120 DAYS — START: 10/23/2006 — STOP: 02/20/2017 |

**DIAGNOSIS:**

**ALLERGIES:** Fish Allergy

**RPh:** RODGERS,DALE

**DOB/INMATE #:** 12/30/45    **256158**

**LOCATION:** 6365-    MAIN

**NAME:** BOOZE, WILLIAM

PharmaCorr

NO. 7239  P. 7    MAY. 9. 2007 12:04PM

MEDICATION ADMINISTRATION RECORD

Facility:

| DRUG DOSE MODE INTERVAL START - STOP | ER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

DIAGNOSIS: Sampson

ALLERGIES:

DOB/DMATE #: 01.30.44

LOCATION:

NAME:

# MEDICATION ADMINISTRATION RECORD

Month: _____

Facility: _____

| DRUG DOSE MODE INTERVAL START - STOP |
|---|
| Salsm Sulfide 2.5% lotion apply to duoble 2 bottles (must be returned use x 2 days) |
| Rand O on new appt 806 K 2g dog |
| 2 whip Shower |
| D/C @ Kim Bros out Qdp Bandages |

DIAGNOSIS: _____

ALLERGIES: _____

DOB/INMATE #: 12/30/46

256 158

LOCATION: 25 CUB

NAME: George Williams

# MEDICATION ADMINISTRATION RECORD

**Facility:**

Month: _February 2005_

| DRUG  DOSE  MODE  INTERVAL  START - STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RPH:

Lopnessar 2mg PO BID x 120 days

Moxel mg PO BID x 120 days

Guardafate 1gm PO QID x 120 days

Simethicone 80mg PO BID x 120 days

Chromic PO BID x 120 days

Do not KOP pills

**DIAGNOSIS:**

**ALLERGIES:** _See food_

**DOB/INMATE #:** _256158_

**LOCATION:** _22 CU3_

**NAME:** _Bought William_

# MEDICATION ADMINISTRATION RECORD

**Facility:** E    **6365-**    DELAWARE MAXIMUM SECURITY COMP    DE    **Month:** February 2007

| DRUG  DOSE  MODE  INTERVAL  START - STOP | | |
|---|---|---|
| Ref: 12870612 | | |
| SELENIUM SULFIDE (120ML) 2.5% SHAM. -SELSUN-RX LOTION- APPLY AS DIRECTED (1/2 BOTTLES/MONTH) FOR 120 DAYS >>> FOR EXTERNAL USE ONLY <<< | | |
| Init: RODGERS DALE | START: 10/23/06 | STOP: 02/20/2007 |
| Ref: 12870530 | | |
| TERAZOSIN HCL 2MG CAPS -HYTRIN- TAKE 1CAP BY MOUTH (1) BEDTIME FOR 120 DAYS | | |
| Init: RODGERS DALE | START: 10/23/06 | STOP: 10/23/2007 |

*(handwritten notes)* Rt thore Brac
Inpatien 1-16-07
Rt thore free Inpanp
Discharge 1/16/07

**DIAGNOSIS:**

**ALLERGIES:** Fish Allergy

**DOB/INMATE #:** 12/30/45  256158

**LOCATION:** 6365- MAIN  22QL-12

**NAME:** BOOZE, WILLIAM

4115E REV 1/02

PharmaCorr

PN41

# MEDICATION ADMINISTRATION RECORD

Facility:

Month: _May 2007_

| DRUG DOSE MODE INTERVAL START - STOP | HR | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DIAGNOSIS:

ALLERGIES:

DOB/INMATE #: 12/31/45    256 158

LOCATION: 22 CLN

NAME: _Bolous William_

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C – Discontinue Order | Candace Fletcher LPN | Shawn | CF | | | |
| R – Refused | | | | | | |
| A – Absent | | | | | | |
| C – Court | | | | | | |
| S – Used Stock | | | | | | |
| O – Other | | | | | | |

ON DATE of 5-10-07 Am Med. pass 12 MATE actually took meds. — MCB

| DATE/TIME | | | | | | |
|---|---|---|---|---|---|---|
| BP | | | | | | |
| P | | | | | | |
| R | | | | | | |
| T | | | | | | |
| Weight | | | | | | |
| Blood Sugar | | | | | | |

Staff Signature:

| DATE | TIME | NOTES |
|---|---|---|
| 5-6-07 | 0230 | Inmate Refused AM medications [signature] |
| 5-8-07 | 0730 | AM Meds refused AM medication [signature] |
| 5-3-07 | 0230 | W Meds refused AM medication [signature] |
| 5-9-07 | 0230 | Inmate refused their AM med pass. [signature] |
| 5-10-07 | 0230 | Inmate refused AM medications [signature] |

PN:48

# MEDICATION ADMINISTRATION RECORD

DELAWARE MAXIMUM SECURITY COMP

DE

**Facility:** E    **6365-**

**Month:** May 2007

DRUG  DOSE  MODE  INTERVAL  START - STOP

R#x 1348074B
NITROGLYCERIN PATCH 0.4MG/HR PT24 ~TRANSDERM~NITRO~
APPLY EACH MORNING AND REMOVE AT BEDTIME FOR 120 DAYS >> FOR
EXTERNAL USE ONLY <<
PHY: RODGERS, DALE
START: 02/09/07    STOP: 06/09/07

R#x 1348076B
SELENIUM SULFIDE (120ML) 2.5% SHAM. ~SELSUN-RX LOTION~
APPLY AS DIRECTED FOR 120 DAYS (2 BOTTLES PER MONTH) >> FOR EXTERNAL
USE ONLY. SHAKE WELL <<
PHY: RODGERS, DALE
START: 02/09/07    STOP: 06/09/07

R#x 1348076B
TERAZOSIN HCL 2MG CAPS ~HYTRIN~
TAKE 1 CAP BY MOUTH AT BEDTIME FOR 120 DAYS >> MAY CAUSE DROWSINESS
<<
PHY: RODGERS, DALE
START: 02/09/07    STOP: 06/09/07

PHY:
START:    STOP:

PHY:
START:    STOP:

PHY:
START:    STOP:

**DIAGNOSIS:**

**ALLERGIES:**
Fish Allergy

**DOB/INMATE #:** 12/30/45    **256158**

**LOCATION:** 6365-  MAIN

**NAME:** BOOZE, WILLIAM

#5150 REV 11/04

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C – Discontinue Order | | | | | | |
| R – Refused | | | | | | |
| A – Absent | | | | | | |
| C – Court | | | | | | |
| S – Used Stock | | | | | | |
| O – Other | | | | | | |

## Korliu Lavala LPN 5-1-07 NCD

On 5-10-07 Arw med pass Inmate actually took meds — MODOGA

Candace Hutchens LPN 5/30/07 CF

| DATE/TIME | BP | P | R | T | Weight | Blood Sugar |
|---|---|---|---|---|---|---|
| Staff Signature: | | | | | | |

| DATE | TIME | NOTES |
|---|---|---|
| 5-8-07 | 0300 | Inmate continues to refuse meds. KLavala lpn |
| 5-9-07 | 0300 | |
| 5-9-07 | 0130 | ER Roden nurse gets says "Inmate refused meds" |
| 5-9-07 | 0232 | Inmate refused blood @ am med pass. — KLavala |

# MEDICATION ADMINISTRATION RECORD

**Month:** August 2005

**Facility:**

| INIT. | DRUG DOSE MODE INTERVAL START - STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PHY: loading E & calcium Magnesia i tab Po 850 Po x30day START 8/2/05 STOP 8/31/05 | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PHY:  START  STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PHY:  START  STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PHY:  START  STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PHY:  START  STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DIAGNOSIS:**

**ALLERGIES:**

**DOB/INMATE #:** 12/30/44   256158

**LOCATION:** 22 CL 12

**NAME:** Booze, William

#4150 REV 11/04

# MEDICATION ADMINISTRATION RECORD

**DE**

**Month:** April 2007

**FACILITY:** E    **6365-**    DELAWARE MAXIMUM SECURITY COMP

DRUG – DOSE – MODE – INTERVAL – START – STOP

**PHY:** RODGERS, DALE

Rx# 13480749
NITROGLYCERIN PATCH 0.4MG/HR PT24 –TRANSDERM–NITRO–
APPLY EACH MORNING AND REMOVE AT BEDTIME FOR 120 DAYS >> FOR
EXTERNAL USE ONLY <<

START: 02/09/07    STOP: 06/09/07

**PHY:** RODGERS, DALE

Rx# 13480761
SELENIUM SULFIDE (120ML) 2.5% SHAM –SELSUN RX LOTION–
APPLY AS DIRECTED FOR 120 DAYS (2 BOTTLES PER MONTH) >> FOR EXTERNAL
USE ONLY, SHAKE WELL <<

START: 02/09/07    STOP: 06/09/07

**PHY:** RODGERS, DALE

Rx# 13480768
TERAZOSIN HCL 2MG CAPS –HYTRIN–
TAKE 1 CAP BY MOUTH AT BEDTIME FOR 120 DAYS >> MAY CAUSE DROWSINESS
<<

START: 02/09/07    STOP: 06/09/07

79-82017
SPORT KNEE SLV OPEN PAT L
FOR SUPPORT OF THE KNEE

LOT:121406

HCPCS:
L1825

79-82625
KNEE SUPPORT M
FOR SUPPORT OF KNEE

LOT:090506

HCPCS:
L1825

**ALLERGIES:**
Fish Allergy

**DIAGNOSIS:**

**DOB/INMATE #:** 12/30/45    **256158**

**LOCATION:** 6365- MAIN

**NAME:** BOOZE, WILLIAM

P2419 REV 11/04

PharmaCorr

# MEDICATION ADMINISTRATION RECORD

**DE**

**Facility:** E    **6365-**    DELAWARE MAXIMUM SECURITY COMP

**Month:** April 2007

DRUG – DOSE – MODE – INTERVAL – START – STOP

**ABSORBASE (120GM) CREA -EUCERIN-**
APPLY TO AFFECTED AREA TWICE DAILY FOR 120 DAYS >> FOR EXTERNAL USE ONLY <<
Rx# 13480799    PHY: RODGERS,DALE    START 02/09/07    STOP 06/09/07.

**ARTIFICIAL TEARS (15ML) 1.4% OPTH -LIQUIFILM TEARS-**
INSTILL 2 DROPS INTO AFFECTED EYE TWICE DAILY FOR 120 DAYS
Rx# 13480805    PHY: RODGERS,DALE    START 02/09/07    STOP 06/09/07.

**ASPIRIN EC 81MG TBEC -ECOTRIN (ASA-EC)-**
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >> DO NOT CRUSH <<
Rx# 13480812    PHY: RODGERS,DALE    START 02/09/07    STOP 06/09/07.

**CHLORPHENIRAMINE MAL 4MG TABS -CHLORTRIMETON-**
TAKE 1 TAB BY MOUTH TWICE DAILY FOR 120 DAYS >> MAY CAUSE DROWSINESS <<
Rx# 13480816    PHY: RODGERS,DALE    START 02/09/07    STOP 06/09/07.

**EYE WASH IRRG (120ML) OPTH -DACRIOSE-**
USE IN AFFECTED EYE TWICE DAILY AS DIRECTED FOR 120 DAYS
Rx# 13480764    PHY: RODGERS,DALE    START 02/09/07    STOP 06/09/07.

**LEVOTHYROXINE SOD 0.075MG TABS -SYNTHROID-**
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >> TAKE ON EMPTY STOMACH <<
Rx# 13480783    PHY: RODGERS,DALE    START 02/09/07    STOP 06/09/07.

**METOPROLOL TART 25MG TABS -LOPRESSOR-**
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >> TAKE WITH FOOD; MAY CAUSE DROWSINESS <<
Rx# 13480736    PHY: RODGERS,DALE    START 02/09/07    STOP 06/09/07.

**MULTIVITAMIN TABS -ONE-A-DAY VIT-**
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS
Rx# 13480740    PHY: RODGERS,DALE    START 02/09/07    STOP 06/09/07.

DIAGNOSIS:

ALLERGIES:
Fish Allergy

DOB/INMATE #: 256158
DOB 12/30/45

LOCATION: 6365-    MAIN

NAME: BOOZE, WILLIAM

**PharmaCorr**

MS150 REV 1/04

## CORRECTIONAL MEDICAL SERVICES

### RECEIPT FOR MEDICAL PRODUCT

Inmate Name: _Boone , Warren_     ID _256154_

Institution: _Dcc_

Medical Product: _Eye Padel_     Date Received: _4/17/07_

I verify that I have received the medical product named above. I understand I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

Inmate Signature

Signature of Health Care Staff Dispensing Product



CMS Reviewed 10/03 Sample
e-J-G11-Receipt for Medical Product



**CORRECTIONAL MEDICAL SERVICES**

**RELEASE OF RESPONSIBILITY**

_Booge William_
Name of Inmate

_256158_
Inmate ID Number / Date of Birth

_9/17/07_                    1300
Date/Time

I hereby refuse to accept the following treatment/recommendations:

_Eye Probs_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Correctional Medical Services, employees and agents from all responsibility and ill effect, which may result from this action.

_Refused to sign_
Inmate Signature

_4/17/07_
Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and sign this form.

Witness

Witness

Date/Time

7120 Rev 09/01/2004


**CMS**

CORRECTIONAL MEDICAL SERVICES

RELEASE OF RESPONSIBILITY

_Booze, William_

Name of Inmate

_256.158_

Inmate ID Number / Date of Birth

Date/Time _3/22/07_

I hereby refuse to accept the following treatment/recommendations:

_by two_

_CPM 4pm_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, employees and agents from all responsibility and ill effect, which may result from this action.

_Refused to Sign_

Inmate Signature

Date/Time _3/22/07 1600_

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and sign this form.

_Signature_    _3/22/07 1600_

Witness

_Cpl. Gerald Mc...ll_

Witness

Date/Time

7120 Rev 09/01/2004



**CORRECTIONAL MEDICAL SERVICES**

**RELEASE OF RESPONSIBILITY**

*Booze, William*                    02-14-07
Name of Inmate                      Date/Time

*256158          C272*

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

*Refused medication, states "I do not*
*want he waking up at this time of the night"*

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

_____          02-14-07

Inmate Signature                 Date/Time

_____

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____

Witness

*lt L Flix*

Witness

*KCKavaLehpo*

Date/Time:

7120 Rev 09/01/2004

22CL12

**CMS**

CORRECTIONAL MEDICAL SERVIC S

RELEASE OF RESPONSIBILITY

BOOZE   WILLIAM                    2/27/07   AM

Name of Inmate                     Date/Time

256158   12/30/45

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Lopressor 25mg, MVI, Synthroid 0.75mg, ECASA 81mg,

CTM 4mg.

I acknowledge I have been fully informed of and understand the above treatments o  recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correc  nal Medical Services, its employees and agents from all resp onsibility and ill effect, which may result from this action.

REFUSED

Inmate Signature                              Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendatio s and has refused to sign this form.

Sgt. Allen Phillips

Witness

Witness

2/27/07

Date/Time

7120 Rev 09/01/2004



**CORRECTIONAL MEDICAL SERVICES**

**RELEASE OF RESPONSIBILITY**

Boope William

Name of Inmate

2/27/07

Date/Time

256 154

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

We turn dog

CTMydog

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

refused to sign

Inmate Signature

Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Witness

Date/Time

7120 Rev 09/01/2004

CORRECTIONAL MEDICAL SERVICES

RELEASE OF RESPONSIBILITY

Boose William

Name of Inmate

2/18/07 / 16 30

Date/Time

0S6168 / 12/30/46

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

HS meds

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

Refused

Inmate Signature

Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Refused Hutton

Witness

2/18/07  1630

Date/Time

7120 Rev 09/01/2004



**CORRECTIONAL MEDICAL SERVICES**

**RELEASE OF RESPONSIBILITY**

_Booze William_

Name of Inmate

_2/15/07_

Date/Time

_256158_

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_CTm Ung   PO BHS_

_Ke tam  2ng PO BHS_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

_refused_

Inmate Signature

_2/15/07_

Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

_Veronica Salsb._

Witness

Date/Time

7120 Rev 09/01/2004

CORRECTIONAL MEDICAL SERVICES

RELEASE OF RESPONSIBILITY

Booge William

**Name of Inmate**

2/22/07

**Date/Time**

256 158    12/30/46

**Inmate ID Number / Date of Birth**

*I hereby refuse to accept the following treatment/recommendations:*

Reptin 2ng

CTM 4ng

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

refused to sign

**Inmate Signature**

2/22/07

**Date/Time**

Lincoln

**Witness**

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Sgt Veronica Benbach

**Witness**

Lincoln    2/2/07

**Witness**

**Date/Time**

7120 Rev 09/01/2004



CORRECTIONAL MEDICAL SERVICES

RELEASE OF RESPONSIBILITY

Boogie Williams                    2/28/07
Name of Inmate                     Date/Time

256158
Inmate ID Number / Date of Birth


I hereby refuse to accept the following treatment/recommendations:

He toux

CTM4ng


I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.


refused to sign
Inmate Signature                          Date/Time


Witness


The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.


Stan Weala
Witness

Witness


Date/Time
7120 Rev 09/01/2004

**DOCUMENTATION CODES**

D/C – Discontinue Order
R – Refused
A – Absent
C – Court
S – Used Stock
(other)

| STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|
| Korlu Lavala LPN | | | Shari Neal RN | | |
| | | | Rachel Hyler LPN | | |
| Rebecca E. Vliet RN | | | Tonya Collins LPN | 3/0 | |

DATE/TIME
BP
P
R
T
Weight
Blood Sugar
Staff Signature:

DATE     TIME     NOTES

| DOCUMENTATION CODES | | | |
|---|---|---|---|

D/C – Discontinue Order
R – Refused
A – Absent
C – Court
S – Used Stock
Other

| STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|
| Koriu Lavala LPN | | | Rachel Hyler LPN | | |
| *(signature)* | | | Shari Neal RN | | |
| Rebecca E. Vliet RN | | | Tonya Collins LPN | | |

| DATE/TIME | | | | | | | |
|---|---|---|---|---|---|---|---|
| BP | | | | | | | |
| P | | | | | | | |
| R | | | | | | | |
| T | | | | | | | |
| Weight | | | | | | | |
| Blood Sugar | | | | | | | |

Staff Signature:

| DATE | TIME | NOTES |
|---|---|---|

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C – Discontinue Order | | | | | | |
| R – Refused | | | | | | |
| A – Absent | | | | | | |
| C – Court | | | | | | |
| S – Used Stock | | | | | | |
| O – Other | Rachel Hyler LPN | | | Shari Neal RN | | |

| DATE/TIME | | | | | | |
|---|---|---|---|---|---|---|
| BP | | | | | | |
| P | | | | | | |
| R | | | | | | |
| T | | | | | | |
| Weight | | | | | | |
| Blood Sugar | | | | | | |
| Staff Signature: | | | | | | |

| DATE | TIME | NOTES |
|---|---|---|
| | | |

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C – Discontinue Order | | | | | | |
| R – Refused | | | | | | |
| A – Absent | | | | | | |
| C – Court | | | | | | |
| S – Used Stock | | | | | | |
| O– Other | Rachel Hyler LPN | | | | | |

| DATE/TIME | | | | |
|---|---|---|---|---|
| BP | | | | |
| P | | | | |
| R | | | | |
| Weight | | | | |
| Blood Sugar | | | | |
| Staff Signature: | | | | |

| DATE | TIME | NOTES |
|---|---|---|
| | | |

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C – Discontinue Order | | | | | | |
| R – Refused | | | | | | |
| A – Absent | | | | | | |
| C – Court | | | | | | |
| S – Used Stock | | | | | | |
| O – Other | | | | | | |

Rachel Hyler LPN

| DATE/TIME | | | | | | |
|---|---|---|---|---|---|---|
| BP | | | | | | |
| P | | | | | | |
| R | | | | | | |
| T | | | | | | |
| Weight | | | | | | |
| Blood Sugar | | | | | | |
| Staff Signature: | | | | | | |

| DATE | TIME | NOTES |
|---|---|---|
| 2-14-07 | 163 | |

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C – Discontinue Order | | | | | | |
| R – Refused | | | | | | |
| A ‡ Absent | | | | | | |
| C – Court | | | | | | |
| S – Used Stock | | | | | | |
| O– Other | | | | | | |

Rachel Hyler LPN

| DATE/TIME | | | | | | | |
|---|---|---|---|---|---|---|---|
| BP | | | | | | | |
| P | | | | | | | |
| R | | | | | | | |
| T | | | | | | | |
| Weight | | | | | | | |
| Blood Sugar | | | | | | | |
| Staff Signature: | | | | | | | |

| DATE | TIME | NOTES |
|---|---|---|
| 2-4-07 | 03.5 | Alleged Medication - does not want to be compliant that time of the outside. M.Brinkley LPN |

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C – Discontinue Order | | | | | | |
| R – Refused | | | | | | |
| A – Absent | | | | | | |
| C – Court | | | | | | |
| S – Used Stock | | | | | | |
| O – Other | Rachel Hyler LPN | | | Shari Neal RN | | |

| DATE/TIME | BP | P | R | T | Weight | Blood Sugar | Staff Signature: | DATE | TIME | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CERTIFICATE OF SERVICE

I, hereby certify that on **May 14, 2007**, I electronically filed an **Defendant, Correctional Medical Services Response to Motion for Preliminary Injunction** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: **Ophelia M. Waters**. I hereby certify that on **May 14, 2007**, I have mailed by United States Postal Service, the doument to the following non-registered participant:

**William H. Booze, Inmate**
SBI # 00256158
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

_/s/Megan T. Mantzavinos_
Megan T. Mantzavinos, Esquire (I.D. No. 3802)
Ryan M. Ernst, Esquire (I.D. No. 4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE  19801
(302) 658-6538
_Attorneys for Defendant Correctional Medical Services_