Honorable Clerk of Court
United States District Court
for the District of Delaware
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570



11th May 2007

Re: William H. Booze, IV vs Correctional Medical
Civ. Action No. 07-82-GMS

Honorable Clerk of Court,

   This letter is to inform you of Two (2) Errors (spelling of Names and unknown Name) made by The Court.

   Plaintiff (me, William H. Booze, IV) Correctly spelled Name of Defendant "Nurse" Gani Neal. The Clerk of Court misspelled Name (Gani Neal) Further Nurse Gani Neal is supposely getting Marry this (or) last week to Sgt. Cain, whereas her last Name Maybe Changing from "Neal to Cain"...

   On Order dated 4th Day of May 2007, 2nd paragraph* "Whereas, on April 20, 2007 Lewis filed ~~etc~~" (see attached Order) Who is Lewis? I filed my own Petition, I do-not know Lewis

PAGE 2 of 2

— NOR have I been informed of ANYONE NAME "LEWIS" filing a petition in my Behalf.

Unfortunately, on my motion to amend, I, too, spelled Ms. Neal NAME Gani — Because I was looking at the paperwork from the Court. If you Review my original Petition (1983 form) you will find that I correctly spelled "Gani" Name. This is to only point out to you the errors — in the event these errors will have any effect concerning this matter. With Best wishes to you and yours, I plea forgiveness for using your Valuable time and for any inconvience that I may have created.

Will you please Acknowledge the Receipt of this Communication. Praying to Hear from you in the very Near future.

Respectfully,

William H. Boyle IV
SBI # 00256138
Bldg. 22 C-12-L
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM H. BOOZE, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-82-GMS |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, William H. Booze, IV ("Booze"), a prisoner housed at the Delaware Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on April 20, 2007, Lewis filed a letter with the court advising that he suffers from a heart condition and that medical treatment and medication are being withheld from him in retaliation for filing this lawsuit;

WHEREAS, the letter refers to two previous letters Booze mailed to the court, neither of which were received at the Clerk's Office;

WHEREAS, the court construes the letter as a motion for injunctive relief to provide medical services, to preclude the defendants from the interfering with Booze's right to access the courts, and to stop defendants from taking retaliatory action against Booze;

THEREFORE, at Wilmington this 4th day of May, 2007, IT IS ORDERED that:

1. Warden Thomas L. Carroll and the defendant Correctional Medical Services shall file a response to Booze's letter/motion of April 20, 2007 on or before May 14, 2007.

2. The clerk of the court shall serve a copy of this order and Booze's letter/motion to Warden Thomas L. Carroll and the Delaware Attorney General and the defendant Correctional Medical Services by certified mail, return receipt.

_____
UNITED STATES DISTRICT JUDGE

FILED

MAY - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M William H. Booze IV
SBI# 256158  UNIT Bldg. 22 C12-L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
$ 00.41⁰
MAY 18 2007
PITNEY BOWES
02 1A
0004608975
MAILED FROM ZIP CODE 19977

Honorable Clerk of Court
United States District Court for the District of Delaware
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570