IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM H. BOO'ZE, IV,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL MEDICAL SERVICES,<br>et al.<br><br>    Defendants. | :<br>:<br>:<br>:   Civil Action No.: 07-82 (GMS)<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT CORRECTIONAL MEDICAL SERVICES'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorneys Megan T. Mantzavinos, Esquire, and Ryan M. Ernst, Esquire as attorneys for Defendant Correction Medical Services. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant Specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

                                          /s/ *Megan T. Mantzavinos*
                                        Megan T. Mantzavinos, Esquire/ID No. 3802
                                        Ryan M. Ernst, Esquire/ID No. 4788
                                        Marks, O'Neill, O'Brien & Courtney, P.C.
                                        913 North Market Street, #800
                                        Wilmington, DE 19801
                                        (302) 658-6538
                                        *Attorneys for Defendant*
                                        *Correctional Medical Services*

DATED: June 25, 2007

{DE084978.1}                    1

## CERTIFICATE OF SERVICE

I, hereby certify that on **June 25, 2007,** I electronically filed an **Defendant, Correctional Medical Services Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: **Ophelia M. Waters.** I hereby certify that on **June 25, 2007,** I have mailed by United States Postal Service, the document to the following non-registered participant:

**William H. Booze, Inmate** SBI # 00256158
Delaware Correctional Center 1181
Paddock Road
Smyrna, DE 19977

/s/*Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire (I.D. No. 3802)
Ryan M. Ernst, Esquire (I.D. No. 4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant Correctional Medical Services*