IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM H. BOOZE, IV, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. CV-07-82 (GMS) |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Patrick G. Rock, Esquire as attorney for Defendant Correctional Medical Services. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

_/s/ Patrick G. Rock_
Patrick G Rock, Esquire (I.D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
_Attorney for Defendant CMS_

DATED: July 16, 2007

DE086135.1

## CERTIFICATE OF SERVICE

I, hereby certify that on **July 16,** I electronically filed an **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: **Ophelia M. Waters.** I hereby certify that on **July 16, 2007,** I have mailed by United States Postal Service, the document to the following non-registered participant:

William H. Booze, Inmate
SBI # 00256158
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Patrick G. Rock
Patrick G. Rock, Esquire (I.D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Correctional Medical Services*

{DE086142.1}