# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

| PHILADELPHIA OFFICE<br>1800 JFK BOULEVARD - SUITE 1900<br>PHILADELPHIA, PA 19103<br>(215) 564-6688<br>FAX (215) 564-2526<br><br>NEW YORK OFFICE<br>530 SAW MILL RIVER ROAD<br>ELMSFORD, NY 10523<br>(914) 345-3701<br>FAX (914) 345-3743<br><br>MARYLAND OFFICE<br>600 BALTIMORE AVENUE - SUITE 305<br>TOWSON, MD 21204<br>(410) 339-6880<br>FAX (410) 339-6881 | ATTORNEYS AT LAW<br>SUITE 800<br>913 N MARKET STREET<br>WILMINGTON, DE 19801<br><br>(302) 658-6538<br>FAX (302) 658-6537<br><br><br>July 16, 2007 | NEW JERSEY OFFICE<br>COOPER RIVER WEST<br>6981 NORTH PARK DRIVE - SUITE 300<br>PENNSAUKEN, NJ 08109<br>(856) 663-4300<br>FAX (856) 663-4439<br><br>PITTSBURGH OFFICE<br>707 GRANT STREET<br>GULF TOWER - SUITE 2600<br>PITTSBURGH, PA 15219<br>(412) 391-6171<br>FAX (412) 391-8804<br><br>BUCKS COUNTY OFFICE<br>10 SOUTH CLINTON STREET - SUITE 302<br>DOYLESTOWN, PA 18901<br>(267) 880-3696<br>FAX (267) 880-0545<br><br>PATRICK G. ROCK<br>Member DE, ME & MA Bars<br>prock@mooclaw.com |
|---|---|---|

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court
844 North King Street, #4209
Wilmington, DE 19801



FILED
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:   Booze v. CMS, et al.
      C. A. No. CV-00082 (GMS)   07 cv 82
      Our File No. 431-79349

Dear Dr. Dalleo:

In reviewing the file, it appears that a Complaint was filed on February 13, 2007. As of today, I do not see that any putative defendants have been served. If the Court has granted an extension of time to serve the defendants, please advise; or in the alternative, please advise when an Answer is due from defendants.

Thank you and I am available to the Court for any questions concerning the above matter.

Very truly yours,

PATRICK G. ROCK

PGR/mlm

cc:   Ophelia M. Waters, Esquire
      Mr. William H. Booze, IV

DE086144.1

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
913 NORTH MARKET STREET, SUITE 800
WILMINGTON, DE 19801



Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court
844 North King Street, #4209
Wilmington, DE 19801