In The United States District Court

For The District of Delaware

William H. Booze, IV
    Plaintiff,

Vs.

Correctional Medical Services,
Dr. Dale Rogers, Rebecca Vilet,
Gani Neal, Sherell Ott, Cheryl,
Scott S. Altman, James P. Satterfield,
Anthony J. Rendina, Ralph Heverin,
and Dr. L. Desrosierx.
    Defendants

FILED
JUL 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Civ. Action No.
07-82-GMS

"Motion to Withdraw" Lawsuit pursuant to
42 USC § 1983"

    Now Comes Plaintiff, William H. Booze, IV and Respectfully move this Honorable Court (to) dismiss the lawsuit filed against defendants (Civ. Action No. 07-82-GMS) without prejudice and/or Allow Plaintiff to "Withdraw" lawsuit....

    Plaintiff move this Honorable Court to dismiss and/or Allow Plaintiff to Withdraw this "lawsuit pursuant to 42 USC § 1983" Because Defendant's have solved the problem(s) with Plaintiff Medications, Communicating with Plaintiff and issuing of Medication to plaintiff...

    Further, on the 3rd Day of July 2007, If Not for the Actions and Medical attention of Nurse Guani Neal and Dr. Louise Desrosiers

Booze vs CMS et al. — Con'd (Page Two (2))
Civ. Action No. 07-82-GMS

there is NO doubt that Plaintiff would have died (or) forever been physically-disabled.

For reasons so stated and- Because any and all problems which Plaintiff had with Correctional Medical Services, it's medical staff, including all defendants, has been 100% satisfied and/or solved to Plaintiff complete satisfaction and appreciation. Plaintiff Respectfully Request this Honorable Court to grant this Motion to Dismiss (and/or Allow Plaintiff to withdraw) this "lawsuit" pursuant to 42 USC § 1983.

Plaintiff further ask this Honorable Court to wave any filing fee(s) concerning this matter — or grant Plaintiff a Court-Order Payment Plan for any filing fee's Due Concerning Civ. Action No. 07-82-GMS

Respectfully Submitted,

Boozie IV

William H. Booze, IV
Plaintiff, Pro se
SBI # 00256158
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

## Certificate of Service

I, William H. Booze, IV - Plaintiff (Civ. Action No. 07-82-GMS) certify that on the 20th Day of July 2007 - I mailed by United States Postal Service, a copy of this Motion to Dismiss etc. to:

Ophelia M. Waters, Esq.
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, Delaware 19801

Patrick G. Rock, Esq.
Attorney for Defendant CMS et al.
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street #800
Wilmington, Delaware 19801

Scott S. Altman
Correctional Medical Services
Delaware Regional Office
1201 College Park Drive
Suite 101
Dover, Delaware 19904

Respectfully,

Booze IV

William H. Booze, IV
SBI# 00256158
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

I/M William N. Bar'Zall
SBI# 256158 UNIT Bldg. 22 C 12 L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Attn: Clerk of Court
Office of the Clerk
United States District Court
844 N. King Street - LockBox 18
Wilmington, Delaware
19801-3570