IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM H. BOOZE, IV. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-82-GMS |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| DR. DALE ROGERS, REBECCA VILET, | ) |
| GANI NEAL, SHERELL OTT, CHERYL, | ) |
| SCOTT S. ALTMAN, JAMES P. | ) |
| SATTERFIELD, ANTHONY J. | ) |
| RENDINA, RALPH HEVERIN, and | ) |
| DR. L. DESROSIERX, | ) |
| | ) |
| Defendants, | ) |

## ORDER

At Wilmington this 11th day of OCT, 2007.

The plaintiff, William H. Booze, IV, an inmate at the Delaware Correctional Center, filed a motion to withdraw his lawsuit which the court construes as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a). (D.I. 26.)

IT IS HEREBY ORDERED that the motion to voluntarily dismiss (D.I. 26) pursuant to Fed. R. Civ. P. 41(a) is **granted** and the complaint is dismissed without prejudice.

UNITED STATES DISTRICT JUDGE



FILED

OCT 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE